IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AU Optronics Corporation<br>No. 1, Li-Hsin Road 2<br>Hsinchu Science Park<br>Hsinchu, Taiwan, R.O.C.,<br><br>    *Plaintiff*,<br><br>vs.<br><br>LG.Philips LCD Co., Ltd.<br>17th Fl., West Tower<br>LG Twin Towers<br>20 Yoido-dong<br>Youngdungpo-gu, Seoul, 150721, South Korea<br><br>and<br><br>LG.Philips LCD America<br>150 East Brokaw Road<br>San Jose, CA  95112,<br><br>    *Defendants*. | 07 C 0137<br><br>Civil Action No..: _____<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

AU Optronics Corporation, for its Complaint, avers as follows:

1. AU Optronics Corporation is a Taiwanese corporation with its principal place of business at No. 1, Li-Hsin Road 2, Hsinchu Science Park, Hsinchu, Taiwan, R.O.C.

2. Upon information and belief, LG.Philips LCD Co., Ltd. ("LPL") is a corporation organized under the laws of the Republic of Korea, with its principal place of business in Seoul, South Korea.

3. Upon information and belief, LG.Philips LCD America ("LPLA") is a corporation organized under the laws of the State of California, with its principal place of business in San Jose, California.

4. This is an action arising under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction based on 28 U.S.C. §§ 1331 and 1338(a). Venue is based on 28 U.S.C. §§ 1391 and 1400(b).

5. The Court has personal jurisdiction over LPL and LPLA.

6. AU Optronics Corporation is the owner by assignment of United States Patent No. 6,689,629 ("the '629 patent"), which was duly and legally issued by the United States Patent and Trademark Office on February 10, 2004. A copy of the '629 patent is attached to this Complaint as Exhibit A.

7. AU Optronics Corporation is the owner by assignment of United States Patent No. 6,976,781 ("the '781 patent"), which was duly and legally issued by the United States Patent and Trademark Office on December 20, 2005. A copy of the '781 patent is attached to this Complaint as Exhibit B.

8. AU Optronics Corporation is the owner by assignment of United States Patent No. 6,778,160 ("the '160 patent"), which was duly and legally issued by the United States Patent and Trademark Office on August 17, 2004. A copy of the '160 patent is attached to this Complaint as Exhibit C.

## COUNT ONE – INFRINGEMENT OF THE '629 PATENT

9. LPL and LPLA have each infringed and are continuing to infringe one or more claims of the '629 patent, directly, contributorily, and/or by inducement, by making, using, selling and/or offering to sell in this country, and/or importing into this country liquid crystal display devices in violation of 35 U.S.C. § 271.

10. On information and belief, LPL and LPLA's infringement of the '629 patent is willful and deliberate, thereby rendering this an exceptional case pursuant to 35 U.S.C. §§ 284 and 285.

11. AU Optronics Corporation has been damaged by LPL and LPLA's infringing activities and will be irreparably injured unless such infringing activities are enjoined by this Court.

## COUNT TWO – INFRINGEMENT OF THE '781 PATENT

12. LPL and LPLA have each infringed and are continuing to infringe one or more claims of the '781 patent, directly, contributorily, and/or by inducement, by making, using, selling and/or offering to sell in this country, and/or importing into this country liquid crystal display devices in violation of 35 U.S.C. § 271.

13. On information and belief, LPL and LPLA's infringement of the '781 patent is willful and deliberate, thereby rendering this an exceptional case pursuant to 35 U.S.C. §§ 284 and 285.

14. AU Optronics Corporation has been damaged by LPL and LPLA's infringing activities and will be irreparably injured unless such infringing activities are enjoined by this Court.

## COUNT THREE – INFRINGEMENT OF THE '160 PATENT

15. LPL and LPLA have each infringed and are continuing to infringe one or more claims of the '160 patent, directly, contributorily, and/or by inducement, by making, using, selling and/or offering to sell in this country, and/or importing into this country liquid crystal display devices in violation of 35 U.S.C. § 271.

16. On information and belief, LPL and LPLA's infringement of the '160 patent is willful and deliberate, thereby rendering this an exceptional case pursuant to 35 U.S.C. §§ 284 and 285.

17. AU Optronics Corporation has been damaged by LPL and LPLA's infringing activities and will be irreparably injured unless such infringing activities are enjoined by this Court.

## PRAYER FOR RELIEF

Wherefore, AU Optronics Corporation prays for judgment that:

1. LPL and LPLA have directly and willfully infringed, willfully contributed to the infringement of, and willfully induced infringement of the '629, '781 and '160 patents;

2. Preliminary and permanently enjoins LPL and LPLA, its officers, agents, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with any one of them, from infringing the '629, '781 and '160 patents;

3. Awards AU Optronics Corporation damages adequate to compensate for LPL's and LPLA's infringement of the '629, '781 and '160 patents together with interest and costs;

4. Trebles the damages assessed pursuant to 35 U.S.C. § 284;

5. Awards AU Optronics Corporation's its attorneys' fees pursuant to 35 U.S.C. § 285; and

6. Awards such other and further relief as this Court may deem proper.

## REQUEST FOR JURY TRIAL

Plaintiff AU Optronics Corporation hereby demands a trial by jury.

DATED this 8th day of March, 2007.

RESPECTFULLY SUBMITTED BY

MICHAEL BEST & FRIEDRICH LLP

By: _____
James R. Troupis
Michael A. Hughes
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI 53701-1806
Telephone: (608) 257-3501
Facsimile: (608) 283-2275

Of Counsel:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Ron E. Shulman
Steven Baik
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759-8497
Telephone: (512) 338-5400

Attorneys for Plaintiff
AU Optronics Corporation

Q:\CLIENT\022628\0001\B1008588.1

JS 44 (Rev. 11/04)
(WWG 12/06)

1

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

REC'D/FILED

## I. (a) PLAINTIFFS
AU Optronics Corporation

**DEFENDANTS**
LG.Philips LCD Co., Ltd.
And
LG.Philips LCD America

2007 MAR -8 PM 1:24

THERESA M. OWENS
CLERK US DIST COURT
WD OF WI

(b) County of Residence of First Listed Plaintiff  Harris County, Texas
(EXCEPT IN U.S. PLAINTIFF CASE)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)
See Attachment

Attorneys (If Known)

07 C 0137 S

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Does this case challenge the constitutionality of a state statute (nature of suit 950) or a federal statute pursuant to Fed. R. Civ. P. 5.1? ☐ Yes ☐ No
Note: The filing party is responsible for serving notice of a constitutional question on the State Attorney General if a state statute is challenged, or on the U.S. Attorney General if a federal statute is challenged, either by certified or registered mail or by sending it to an electronic address designated by the attorney general for that purpose.

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting and Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Challenge |
| | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. 271, 284, 285

Brief description of cause:
Patent infringement action concerning U.S. Patent Nos. 6,689,629; 6,976,781; and 6,778,160

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Preliminary and permanent injunction, damages trebled and attorneys fees.
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
March 8, 2007

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

MICHAEL BEST & FRIEDRICH LLP
James R. Troupis
Michael A. Hughes
One South Pinckney Street, Ste. 700
P.O. Box 1806
Madison, WI 53701-1806
Telephone: (608) 257-3501

WILSON SONSINI GOODRICH & ROSATI
Ron E. Shulman
Steven Baik
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

WILSON SONSINI GOODRICH & ROSATI
M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759-8497
Telephone: (512) 338-5400

Q:\CLIENT\022628\0001\B0999736.1