IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AU OPTRONICS CORPORATION,

    Plaintiff,

v.

Civil Action No. 07-C-0137-S

LG.PHILIPS LCD CO., LTD. and
LG.PHILIPS LCD AMERICA,

    Defendants.

---

### LG.PHILIPS LCD AMERICA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3), Defendant LG.Philips LCD America ("LPLA"), by its attorneys, respectfully moves to dismiss all claims against it for lack of personal jurisdiction and improper venue.

The reason for this motion, as explained more fully in LG.Philips LCD America's Memorandum In Support Of Its Motion To Dismiss For Lack Of Personal Jurisdiction And Improper Venue, is that LPLA does not have sufficient contacts with this forum for personal jurisdiction and venue under Rule 12. LPLA does not have any offices, facilities, or employees in Wisconsin. Further, LPLA is not registered to do business in Wisconsin, nor does it manufacture, use, sell or offer to sell products in Wisconsin. In fact, Plaintiff AU Optronics Corporation ("AUO") does not allege that LPLA has carried out any activities in Wisconsin or assert any basis for personal jurisdiction under the Wisconsin long-arm statute. Accordingly, all claims against LPLA should be dismissed.

Dated: March 29, 2007

Respectfully submitted,

GODFREY & KAHN, S.C.

_____
Brady C. Williamson
James D. Peterson
Godfrey & Kahn, S.C.
One East Main Street
Madison, Wisconsin 53701
Tel: (608) 257-3911
Fax: (608) 257-0609

*Of Counsel*

Gaspare J. Bono
R. Tyler Goodwyn
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 496-7500
Fax: (202) 496-7756
*Pro Hac Vice* applications pending

*Counsel for Defendant LG.Philips LCD America*

mn310826_1

2