IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AU OPTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LG.PHILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA,<br><br>Defendants. | Civil Action No. 07-C-0137-S |

## DECLARATION OF DONG HOON HAN

I, Dong Hoon Han, hereby declare and state:

1. I am over the age of 18 and have personal knowledge about the facts described below.

2. I am the Accounting Manager for LG.Philips LCD America, Inc. ("LPLA"). LPLA is a corporation organized under the laws of the State of California, with its principal place of business located in San Jose, California. I have examined the records of LPLA from January 1, 2004 to the present. The declarations herein are made based upon my personal knowledge and review of these records.

3. LPLA has six offices in the United States. Two of LPLA's offices are located in California, two are in Texas, one is in North Carolina and one is in Illinois. LPLA does not have any offices or employees in Wisconsin.

4. LPLA sells Liquid Crystal Display ("LCD") modules, which are a type of flat panel display incorporated into products such as portable computers, computer monitors and televisions. LPLA sells its LCD modules to customers located in states other than Wisconsin. Except for the one shipment detailed below, LPLA does not ship products into Wisconsin.

5. LPLA has not sold products in Wisconsin.

6. LPLA has not entered into any contracts in Wisconsin.

7. LPLA has not done or transacted business in Wisconsin.

8. LPLA has not advertised in Wisconsin.

9. LPLA is not registered to do business in Wisconsin.

10. LPLA does not maintain an office or other business facility in Wisconsin.

11. LPLA does not have a mailing address or telephone number in Wisconsin.

12. LPLA does not have personnel or agents in Wisconsin.

13. LPLA does not have subsidiaries or affiliates in Wisconsin.

14. LPLA does not maintain a bank account in Wisconsin.

15. LPLA does not own, use or possess any real property situated in Wisconsin nor has LPLA acquired possession of or control over any asset or thing of value in Wisconsin.

16. LPLA has not engaged in any persistent course of conduct in Wisconsin.

17. LPLA has not committed any torts in Wisconsin.

18. Since January 1, 2004, LPLA has made product shipments to various locations in the United States. In 2004, 2005 and 2007, LPLA did not make any shipments to Wisconsin. In 2006, LPLA made only one shipment to Wisconsin. The value of this single shipment was $2,100 which equates to 0.0004% of LPLA's total U.S. shipments since January 1, 2004.

19. The one shipment in 2006 to Wisconsin was a drop shipment of 15 LCD modules sold for $2,100 total to LPLA's customer, All American Semiconductor, Inc. ("All American"), in Fremont California. At the request of All American, LPLA had the modules shipped to a third party in Hartford, Wisconsin. The shipment was made F.O.B. Shipping Point in San Jose

California. Consequently, All American took title to the products in California before they were shipped to Wisconsin; and the sales transaction took place and was completed between LPLA and All American in California. The invoice for $2,100 was sent to All American Semiconductor at its Miami corporate office. This drop shipment was LPLA's only shipment to Wisconsin since January 1, 2004. Attached as Exhibit 1 is a true and correct copy of LPLA's invoice, dated October 31, 2006, to All American Semiconductor, Inc. for this shipment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2007.

*Dong Hoon Han* (signature)
Dong Hoon Han