IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AU Optronics Corporation,<br><br>    *Plaintiff*,<br><br>vs.<br><br>LG.Philips LCD Co., Ltd.<br>and<br>LG.Philips LCD America,<br><br>    *Defendants*. | Civil Action No.: 07-C-0137-S<br><br>Judge John C. Shabaz |

**PLAINTIFF'S MOTION TO COMPEL LG.PHILIPS LCD AMERICA
TO RESPOND TO REQUESTS FOR PRODUCTION AND INTERROGATORIES
AND FOR OTHER RELIEF**

NOW COMES the Plaintiff, AU Optronics Corporation ("AUO") by and through its counsel, James R. Troupis of Michael Best & Friedrich LLP and Wilson, Sonsini, Goodrich & Rosati, and respectfully moves this court to compel LG.Philips LCD America ("LPLA") to respond to Plaintiff's First Request for Production of Documents and Things to Defendant LG.Philips LCD America (Nos. 1-24) and Plaintiff's First Set of Interrogatories to Defendant LG.Philips LCD America (Nos. 1-2) and for other relief, and in support of said motion states as follows:

    1.    On April 11, 2007, AUO served Plaintiff's First Set of Interrogatories to Defendant LG.Philips LCD America (Nos. 1-2) and Plaintiff's First Request for Production of Documents and Things to Defendant LG.Philips LCD America (Nos. 1-24) on the Defendant LPLA (the "Discovery Requests"). (Second Declaration of David W. Panneck ("Second Panneck Decl.") Exs. A and B, filed herewith.))

    2.    LPLA informed AUO on Friday, May 11, 2007 that it has unilaterally decided to refuse to comply with the Discovery Requests. LPLA has indicated it will not answer any discovery because this Court has not decided on a pending motion to dismiss. (*See*, Second

Panneck Decl., Ex. E filed herewith (the objections state defendant will not answer any discovery because discovery is "premature."))

3. Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, LPLA was required to provide answers to the Discovery Requests on or before May 11, 2007 (*i.e.*, 30 days from the date of service).

4. On April 19, 2007 LPLA appeared at the Court's Preliminary Pretrial Conference. (Dkt. No. 30.) LPLA indicated nothing during that conference that suggested it would not comply with the Plaintiff's discovery requests. LPLA did not indicate that it would unilaterally refuse to answer any and all discovery unless and until this Court decided LG.Philips Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue.

5. LPLA has never requested a stay of any type in these proceedings or requested a stay or other change in its obligation to fully comply with the Federal Rules of Civil Procedure.

6. This Court set a trial date of September 26, 2007 in this case, and explicitly warned LPLA and the other parties during the preliminary pretrial conference that deadlines would be adhered to and the parties were expected to timely meet their obligations.

7. By letter of Monday, May 14, 2007, AUO's counsel contacted counsel for LPLA to address LPLA's refusal to provide any discovery (including to address "general" boiler-plate objections). (Second Panneck Decl., Ex. F.) LPLA's counsel did not respond timely to the request to discuss, but rather, on Thursday, May 17, 2007 sent a letter that simply reiterated the objection. (Second Panneck Decl., Ex. G.)

8. LPLA has violated and continues in open violation of the Federal Rules of Civil Procedure.

9. AUO hereby incorporates the Plaintiff's Memorandum in support of Plaintiff's Motion to Compel LG.Philips LCD America to Respond to Requests for Production and Interrogatories and for Other Relief, Declaration of James R. Troupis, Second Declaration of David W. Panneck as filed herewith in support of this motion, and all other matters of record.

WHEREFORE, Plaintiff, AUO respectfully requests,

A.  The Court order Defendant LPLA to immediately answer the Discovery Requests.

B.  The Court order the payment by LPLA to AUO of an amount sufficient to cover the expenses of filing this Motion; and

C.  The Court enter such other and further Orders as are appropriate.

DATED this 18th day of May, 2007              RESPECTFULLY SUBMITTED BY

MICHAEL BEST & FRIEDRICH LLP

By: _____
James R. Troupis
Paul D. Barbato
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI 53701-1806
Telephone: (608) 257-3501
Facsimile: (608) 283-2275

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Ron E. Shulman
Julie Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512) 338-5400

Attorneys for Plaintiff
AU Optronics Corporation

Q:\CLIENT\022628\0001\B1058560.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AU Optronics Corporation,<br><br>    *Plaintiff*,<br><br>vs.<br><br>LG.Philips LCD Co., Ltd.<br>and<br>LG.Philips LCD America,<br><br>    *Defendants*. | Civil Action No..: 07-C-0137-S<br><br>Judge John C. Shabaz |

## CERTIFICATE OF SERVICE

I, Frances M. Wiley, hereby certify that true and correct copies of the following:

1. Plaintiff's Motion To Compel LG.Philips LCD America To Respond To Requests For Production And Interrogatories And For Other Relief;

2. Plaintiff's Memorandum In Support Of Plaintiff's Motion To Compel LG.Philips LCD America To Respond To Requests For Production And Interrogatories And For Other Relief;

3. Declaration of James R. Troupis;

4. Second Declaration of David W. Panneck; and

5. (Proposed) Order Granting Plaintiff's Motion To Compel

were served upon all parties to this action as indicated below on this 18th day of May, 2007 to:

Via Hand Delivery & E-mail:
jpeterson@gklaw.com
bwilliam@gklaw.com

James D. Peterson
Bradley C. Williamson
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719

Via Federal Express & E-mail:
gbono@mckennalong.com
tgoodwyn@mckennalong.com
lbrzezynski@mckennalong.com

Gaspare J. Bono
R. Tyler Goodwyn, IV
Lora A. Brzezynski
McKenna, Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006-1108

_____
Frances M. Wiley

Q:\CLIENT\022628\0001\B1058450.0