DOC NO 43

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

2007 MAY 18  PM 4:07

THERESA R. OWENS
CLERK US DIST COURT

| | | |
|---|---|---|
| AU Optronics Corporation, | ) | |
| | ) | |
|     *Plaintiff*, | ) | Civil Action No.: 07-C-0137-S |
| | ) | |
| vs. | ) | |
| | ) | Judge John C. Shabaz |
| LG.Philips LCD Co., Ltd. | ) | |
| and | ) | |
| LG.Philips LCD America, | ) | |
| | ) | |
|     *Defendants*. | ) | |
| | ) | |

## DECLARATION OF JAMES R. TROUPIS

I, James R. Troupis, declare as follows:

1. I am a partner at Michael Best & Friedrich LLP. I make this declaration in support of Plaintiff AU Optronics Corporation's Motion to Compel LG.Philips LCD America to Respond to Requests for Production and Interrogatories and for Other Relief.

2. On April 10 and 12, 2007, counsel for AU Optronics Corporation ("AUO") and counsel for LG.Philips LCD America ("LPLA") and LG.Philips LCD Co., Ltd. ("LPL") participated in telephonic conferences pursuant to Fed. R. Civ. P. 26(f)

3. During the April 10, 2007, telephone conference, AUO counsel requested that LPLA provide jurisdictional discovery as part of its initial disclosures.

4. AUO's counsel believed, based on the April 10, 2007 telephone conference, that LPLA's counsel either did not agree that it would provide documents or information concerning jurisdiction as an initial disclosure, or at best LPLA's counsel left the matter of jurisdictional disclosures unresolved.

5.      To avoid confusion about LPLA's obligation to provide jurisdictional information, AUO served certain discovery requests on LPLA on April 11, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of May, 2007

_____
James R. Troupis

Q:\CLIENT\022628\0001\B1058380.1

2