IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AU Optronics Corporation, | ) |
| *Plaintiff*, | ) Civil Action No.: 07-C-0137-S |
| vs. | ) |
| | ) Judge John C. Shabaz |
| LG.Philips LCD Co., Ltd. and LG.Philips LCD America, | ) |
| *Defendants*. | ) |

### SECOND DECLARATION OF DAVID W. PANNECK

I, David W. Panneck, declare as follows:

1. I work as a paralegal for Michael Best & Friedrich LLP. I make this declaration in support of AU Optronics Corporation's Motion to Compel LG Philips LCD America to Respond to Requests for Production and Interrogatories and for Other Relief.

2. Attached as Exhibit A is a true and correct copy of Plaintiff's First Set of Interrogatories to Defendant LG Philips LCD America (Nos. 1-2) dated April 11, 2007.

3. Attached Exhibit B is a true and correct copy of Plaintiff's First Request for Production of Documents and Things to Defendant LG Philips LCD America, Nos. 1-24 dated April 11, 2007.

4. Attached as Exhibit C is a true and correct copy of LG. Philips LCD Co., Ltd.'s and LG. Philips LCD America's Initial Disclosures Pursuant to Rule 26(a)(1) dated May 11, 2007.

5. Attached as Exhibit D is a true and correct copy of LG. Philips LCD America's Objections to AUO Optronics Corporation's First Set of Interrogatories (Nos. 1-2) dated May 11, 2007.

6. Attached as Exhibit E is a true and correct copy of LG. Philips LCD America's Objections to AUO Optronics Corporation's First Set of Document Requests (Nos. 1-24) dated May 11, 2007.

7. Attached as Exhibit F is a true and correct copy of correspondence from James R. Troupis of Michael, Best, & Friedrich, LLP to Gaspare J. Bono of McKenna, Long & Aldrige, LLP, dated May 14, 2007, regarding defendant LG Philips LCD America's response to plaintiff AU Optronics Corporation's requested discovery.

8. Attached as Exhibit G is a true and correct copy of correspondence from Gaspare J. Bono of McKenna, Long & Aldrige, LLP to James R. Troupis of Michael, Best, & Friedrich, LLP, dated May 17, 2007, responding to the May 14, 2007 correspondence from James R. Troupis regarding discovery issues.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of May, 2007

_____
David W. Panneck

# PAPER

# FILING