IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AU OPTRONICS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LG.PHILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA,<br><br>    Defendants. | Civil Action No. 07-C-0137-S |

## DECLARATION OF NICOLE TALBOTT SETTLE

Nicole Talbott Settle, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I work as a paralegal for Godfrey & Kahn, S.C. I make this declaration in support of Defendant LG.Philips LCD America's Memorandum in Opposition of Plaintiff's Motion to Compel Jurisdictional Discovery.

2. Attached as Exhibit A is a true and correct copy of LG.Philips LCD America's Objections to AUO Optronics Corporation's Second Set of Documents Requests (Nos. 25-166) dated May 21, 2007.

3. Attached as Exhibit B is a true and correct copy of LG.Philips LCD Co., Ltd.'s Objections to AUO Optronics Corporation's First Set of Documents Requests (Nos. 1-142) dated May 21, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2007.

                                                        Nicole Talbott Settle

mn316286_1