IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AU OPTRONICS CORPORATION,

                  Plaintiff,

v.

LG.PHIILIPS LCD CO., LTD. and
LG.PHILIPS LCD AMERICA, INC.

                  Defendants.

Civil Action No. 07-357 (UNA)

ENTRY OF APPEARANCE

PLEASE ENTER the appearances of Richard D. Kirk and Ashley B. Stitzer as counsel

for defendants LG. Philips LCD Co., Ltd. and LG. Philips LCD America, Inc., in this action.

June 8, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19899-5130

OF COUNSEL:

rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000
Counsel for defendants
LG.PHILIPS LCD CO., LTD. and
LG.PHILIPS LCD AMERICA, INC.

Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

662303-1