# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| AU OPTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LG.PHILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA, INC.,<br><br>Defendants. | Civil Action No. 07-357-UNA<br><br>**JURY TRIAL DEMANDED** |
| LG.PHILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION<br>AMERICA; CHI MEI OPTOELECTRONICS<br>CORPORATION; and CHI MEI<br>OPTOELECTRONICS USA, INC.,<br><br>Counterclaim Defendants. | **JURY TRIAL DEMANDED** |

## LG.PHILIPS LCD CO., LTD.'S ANSWER AND COUNTERCLAIMS AGAINST PLAINTIFF AND ADDITIONAL PARTIES AU OPTRONICS CORPORATION AMERICA, CHI MEI OPTOELECTRONICS CORPORATION, AND CHI MEI OPTOELECTRONICS USA, INC.

Defendant LG.Philips LCD Co., Ltd. ("LPL"), by and through its undersigned

counsel, hereby files its Answer and Counterclaims in Response to the Complaint of

Plaintiff AU Optronics Corporation ("Plaintiff" or "AUO"), in the above titled action,

filed originally in the Western District of Wisconsin on March 8, 2007 and transferred to

this District on May 30, 2007.  A jury trial is demanded for all claims so triable.

1

## RESPONSE TO COMPLAINT AND DEMAND FOR JURY TRIAL

1.      LPL admits the allegations of paragraph 1 of the Complaint.

2.      LPL admits the allegations of paragraph 2 of the Complaint.

3.      LPL admits the allegations of paragraph 3 of the Complaint.

4.      LPL admits that this is an action for patent infringement under the Patent

Laws of the United States, 35 U.S.C. § 1, *et seq.*  To the extent the remaining allegations

of paragraph 4 refer to the District of Delaware, LPL admits the allegations of paragraph

4, otherwise LPL denies the allegations of paragraph 4.

5.      To the extent that paragraph 5 now refers to the District of Delaware, LPL

admits the allegations of paragraph 5 of the Complaint, otherwise LPL denies the

allegations of paragraph 5.

6.      LPL admits that Exhibit A to the Complaint purports to be a copy of

United States Patent No. 6,689,629, entitled "Array Substrate For Display, Method Of

Manufacturing Array Substrate For Display And Display Device Using The Array

Substrate" ("the '629 patent"), but LPL lacks knowledge or information sufficient to

admit or deny the remaining allegations of paragraph 6 of the Complaint, and therefore

denies them.

7.      LPL admits that Exhibit B to the Complaint purports to be a copy of

United States Patent No. 6,976,781, entitled "Frame And Bezel Structure For Backlight

Unit" ("the '781 patent"), but LPL lacks knowledge or information sufficient to admit or

deny the remaining allegations of paragraph 7 of the Complaint, and therefore denies

them.

8.　　　LPL admits that Exhibit C to the Complaint purports to be a copy of United States Patent No. 6,778,160, entitled "Liquid-Crystal Display, Liquid-Crystal Control Circuit, Flicker Inhibition Method, And Liquid-Crystal Driving Method" ("the '160 patent"), but LPL lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 8 of the Complaint, and therefore denies them.

## RESPONSE TO COUNT ONE

9.　　　LPL denies the allegations in paragraph 9 of the Complaint.

10.　　LPL denies the allegations in paragraph 10 of the Complaint.

11.　　LPL denies the allegations in paragraph 11 of the Complaint.

## RESPONSE TO COUNT TWO

12.　　LPL denies the allegations in paragraph 12 of the Complaint.

13.　　LPL denies the allegations in paragraph 13 of the Complaint.

14.　　LPL denies the allegations in paragraph 14 of the Complaint.

## RESPONSE TO COUNT THREE

15.　　LPL denies the allegations in paragraph 15 of the Complaint.

16.　　LPL denies the allegations in paragraph 16 of the Complaint.

17.　　LPL denies the allegations in paragraph 17 of the Complaint.

## RESPONSE TO PRAYER FOR RELIEF

As to paragraphs 1 through 6 of the Prayer For Relief, LPL denies that AUO is entitled to the requested relief.

## AFFIRMATIVE DEFENSES

Without conceding that any of the following necessarily must be pleaded as an affirmative defense, or that any of the following are not already at issue by virtue of the foregoing denials, and without prejudice to LPL's right to plead additional defenses as

662435-1

discovery into the facts of the matter warrants, LPL hereby asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

18.     One or more claims of the Asserted AUO Patents are invalid for failing to meet one or more of the requisite conditions or requirements for patentability specified by 35 U.S.C. §§ 101, 102, 103, and/or 112.

### SECOND AFFIRMATIVE DEFENSE

19.     LPL does not infringe, has not infringed and is not now infringing, and has neither, directly or indirectly induced nor contributed to the infringement of any of the Asserted AUO Patents.

### THIRD AFFIRMATIVE DEFENSE

20.     AUO has failed to state a claim for which relief can be granted.

### FOURTH AFFIRMATIVE DEFENSE

21.     Pursuant to 35 U.S.C. § 287(b), LPL is not liable for damages for infringement under any section of 35 U.S.C. § 271 before receiving notice of AUO's allegations of infringement in this action.

### FIFTH AFFIRMATIVE DEFENSE

22.     AUO's claims are barred, in whole or in part, because of the affirmative defense of license.

### COUNTERCLAIMS

23.     By these Counterclaims and pursuant to Rule 13, 19 and/or 20 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff LG.Philips LCD Co., Ltd. ("LPL") seeks injunctive and declaratory relief and damages, including treble or

662435-1

multiple damages against Plaintiff AU Optronics Corporation, and additional parties AU

Optronics Corporation America, Chi Mei Optoelectronics Corporation, and Chi Mei

Optoelectronics USA, Inc.

24.    Counterclaim Plaintiff LG.Philips LCD Co., Ltd. ("LPL") is a Korean

corporation having its head office at 18th Floor, West Tower, LG Twin Towers, 20

Yoido-dong, Youngdungpo-gu, Seoul, Republic of Korea 150-721.

25.    Counterclaim Plaintiff LG.Philips LCD America, Inc. ("LPL America") is

a California corporation having its principal place of business at 150 East Brokaw Road,

San Jose, California 95112-4203.

26.    Counterclaim Defendant AU Optronics Corporation ("AUO") is a

Taiwanese corporation, having its principal place of business at 1, Li-Hsin Rd., II,

Science-Based Industrial Park, Hsinchu City 30077 Taiwan, ROC.  AUO manufactures

LCD products in Taiwan and China and, on information and belief, directs those products

to the United States, including Delaware, through established distribution channels

involving various third parties, knowing that these third parties will use their respective

nationwide contacts and distribution channels to import into, sell, offer for sale, and/or

use these products in Delaware and elsewhere in the United States.

27.    Counterclaim Defendant AU Optronics Corporation America a/k/a AU

Optronics America, Inc. ("AUO America") is a domestic subsidiary of AUO that either

directly or indirectly imports into, sells, and/or offers for sale its products in Delaware

and elsewhere in the United States.  AUO America is a California corporation, having its

principal place of business at 1800 Wyatt Drive, Suite 7, Santa Clara, CA 95054.  AUO

America markets and sells AUO's products throughout the United States.

28.    Defendant Chi Mei Optoelectronics Corporation ("CMO") is a Taiwanese corporation, having its principal place of business at 2F, No. 1, Chi-Yeh Road, Tainan Science Based Industrial Park, Hsinshih Hsiang, Tainan Hsien 710,  TAIWAN 74147, R.O.C.  CMO manufactures LCD products in Taiwan and China and, on information and belief, directs those products to the United States, including Delaware, through established distribution channels involving various third parties, knowing that these third parties will use their respective nationwide contacts and distribution channels to import into, sell, offer for sale, and/or use these products in Delaware and elsewhere in the United States.

29.    Defendant Chi Mei Optoelectronics USA, Inc. ("CMO USA") is a domestic subsidiary of CMO that either directly or indirectly imports into, sells, and/or offers for sale its products in Delaware and elsewhere in the United States.  CMO owns 100% of the shares of Chi Mei Optoelectronics Japan Co., Ltd. ("CMO Japan"), which in turn owns 100% of the shares of CMO USA.  CMO USA is a Delaware corporation, having its principal pace of business at 101 Metro Drive Suite 510, San Jose, CA 95110. CMO USA markets and sells CMO's products throughout the United States.

30.    LPL is the owner of United States Patent No. 5,905,274 ("the '274 Patent"), United States Patent No. 6,815,321 ("the '321 Patent"), and United States Patent No. 7,176,489 ("the '489 Patent") (collectively "the LPL Patents").

31.    AUO claims to be the owner by assignment of United States Patent No. 6,976,781 ("the '781 Patent"), United States Patent No. 6,778,160 ("the '160 Patent"), and United States Patent No. 6,689,629 ("the '629 Patent") (collectively "the AUO Patents").

32.     These Counterclaims are based upon and arise under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq*., and in particular §§ 271, 281, 283, 284 and 285, and is intended to redress infringement of the Patents-in-Suit owned by LPL.

33.     Additionally, these Counterclaims are under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the Patent Laws of the United States, based upon an actual controversy between LPL and AUO regarding the validity and infringement of the claims of the AUO Patents, and is intended to provide appropriate and necessary declaratory relief.

34.     This Court has jurisdiction over the subject matter of these Counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

35.     This Court has jurisdiction over the Counterclaims for declaratory relief under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, under the laws of the United States concerning actions relating to patents, 28 U.S.C. § 1338(a), and under 28 U.S.C. § 1331.

36.     This Court has personal jurisdiction and venue over AUO because, *inter alia*, AUO has submitted itself to the jurisdiction of this Court.

37.     This Court has personal jurisdiction over CMO and venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b) and (c) and (d), and 28 U.S.C. § 1400(b), in that CMO is committing and is causing acts of patent infringement within the United States and within this judicial district, including the infringing acts alleged herein, both directly, through one or more intermediaries, and as an intermediary, and in that CMO has caused and causes injury and damages in this judicial district by acts or omissions outside of this judicial district, including but not limited to utilization of its

own distribution channels established in the United States and CMO USA's distribution channels in the United States, as set forth below, to ship a variety of products that infringe the Patents-in-Suit into the United States and into this judicial district while deriving substantial revenue from services or things used or consumed within this judicial district, and will continue to do so unless enjoined by this Court.

38.    This Court has personal jurisdiction over AUO America and CMO USA and venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b) and (c), and 28 U.S.C. § 1400(b), in that these Counterclaim Defendants are committing acts of patent infringement within the United States and within this judicial district, including the infringing acts alleged herein, both directly, through one or more intermediaries, and as intermediaries.  AUO America regularly imports large quantities of AUO products into the United States for distribution throughout the United States, including in this judicial district.  CMO USA regularly imports large quantities of CMO products into the United States for distribution throughout the United States, including in this judicial district. AUO America and CMO USA are involved in the distribution of infringing LCD products and are aware that their products are sold throughout the United States, including in Delaware.  The established distribution networks of AUO America and CMO USA consist of national distributors and resellers, and these Counterclaim Defendants distribute to national retailers that have stores located in Delaware.  By shipping into, offering to sell in, using, or selling products that infringe the Patents-in-Suit in this judicial district, or by inducing or causing those acts to occur, AUO America and CMO USA have transacted and transact business and perform works and services in this judicial district, have contracted and contract to supply services and things in this

judicial district, have caused and cause injury and damages in this judicial district by acts and omissions in this judicial district, and have caused and cause injury and damages in this judicial district by acts or omissions outside of this judicial district while deriving substantial revenue from services or things used or consumed within this judicial district, and will continue to do so unless enjoined by this Court.

## THE PATENTS-IN-SUIT

39.     On May 18, 1999, the '274 Patent, entitled "Thin-Film Transistor And Method Of Making Same," was duly and legally issued.  LPL is the owner by assignment of all rights, title, and interest in and to the '274 Patent.  A copy of the '274 Patent is attached as Exhibit A.

40.     On November 9, 2004, the '321 Patent, entitled "Thin-Film Transistor And Method Of Making Same," was duly and legally issued.  LPL is the owner by assignment of all rights, title, and interest in and to the '321 Patent.  A copy of the '321 Patent is attached as Exhibit B.

41.     On February 13, 2007, the '489 Patent, entitled "Thin-Film Transistor And Method Of Making Same," was duly and legally issued.  LPL is the owner by assignment of all rights, title, and interest in and to the '489 Patent.  A copy of the '489 Patent is attached as Exhibit C.

42.     LPL owns the Patents-in-Suit and possesses the right to sue and to recover for infringement of the Patents-in-Suit.

43.     Counterclaim Defendants have been and are infringing and/or inducing infringement of the Patents-in-Suit because they at least use, cause to be used, make, import, cause to be imported, offer for sale, cause to be offered for sale, sell, and/or cause

to be sold in this judicial district and elsewhere in the United States products that infringe the Patents-in-Suit.

## COUNTERCLAIM COUNT I
## INFRINGEMENT OF THE '274 PATENT

44.    LPL hereby incorporates paragraphs 23-43 above as though fully set forth herein.

45.    AUO, AUO America, CMO, and CMO USA (collectively the "Counterclaim Defendants") have infringed, and/or induced infringement of the '274 Patent by making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing, and/or causing to be imported products that infringe one or more claims of the '274 Patent in this judicial district and elsewhere in the United States.

46.    The products that are used, caused to be used, sold, caused to be sold, offered for sale, caused to be offered for sale, imported, and/or caused to be imported by the Counterclaim Defendants meet each and every limitation of at least one claim of the '274 Patent, either literally or equivalently.

47.    LPL has been and will continue to be injured by the Counterclaim Defendants' past and continuing infringement of the '274 Patent and is without adequate remedy at law.

48.    The Counterclaim Defendants have, upon information and belief, infringed and are infringing the '274 Patent with knowledge of LPL's patent rights and without a reasonable basis for believing their conduct is lawful.    The Counterclaim Defendants' infringement has been and continues to be willful and deliberate, and will continue unless enjoined by this Court, making this an exceptional case and entitling LPL

662435-1

to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

## COUNTERCLAIM COUNT II
## INFRINGEMENT OF THE '321 PATENT

49.    LPL hereby incorporates paragraphs 23-48 above as though fully set forth herein.

50.    The Counterclaim Defendants have infringed and/or induced infringement of the '321 Patent by making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing, and/or causing to be imported products that are made by a method that infringes one or more claims of the '321 Patent in this judicial district and elsewhere in the United States.

51.    The products made by the infringing method that are used, caused to be used, sold, caused to be sold, offered for sale, caused to be offered for sale, imported, and/or caused to be imported by the Counterclaim Defendants meet each and every limitation of at least one claim of the '321 Patent, either literally or equivalently.

52.    LPL has been and will continue to be injured by the Counterclaim Defendants' past and continuing infringement of the '321 Patent and is without adequate remedy at law.

53.    The Counterclaim Defendants have, upon information and belief, infringed and are infringing the '321 Patent with knowledge of LPL's patent rights and without a reasonable basis for believing their conduct is lawful.  The Counterclaim Defendants' infringement has been and continues to be willful and deliberate, and will continue unless enjoined by this Court, making this an exceptional case and entitling LPL

11

662435-1

to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

## COUNTERCLAIM COUNT III
## INFRINGEMENT OF THE '489 PATENT

54.    LPL hereby incorporates paragraphs 23-53 above as though fully set forth herein.

55.    The Counterclaim Defendants have infringed and/or induced infringement of the '489 Patent by making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing, and/or causing to be imported products that infringe one or more claims of the '489 Patent in this judicial district and elsewhere in the United States.

56.    The products that were used, caused to be used, sold, caused to be sold, offered for sale, caused to be offered for sale, imported, and/or caused to be imported by the Counterclaim Defendants meet each and every limitation of at least one claim of the '489 Patent, either literally or equivalently.

57.    LPL has been and will continue to be injured by the Counterclaim Defendants' past and continuing infringement of the '489 Patent and is without adequate remedy at law.

58.    The Counterclaim Defendants, upon information and belief, infringe the '489 Patent with knowledge of LPL's patent rights and without a reasonable basis for believing their conduct is lawful.  The Counterclaim Defendants' infringement is and will continue to be willful and deliberate, making this an exceptional case and entitling LPL to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

662435-1

## COUNTERCLAIM COUNT IV
## CLAIM FOR DECLARATORY JUDGMENT OF INVALIDITY OF
## THE '781 PATENT, THE '160 PATENT, AND THE '629 PATENT
## AGAINST DEFENDANT AU OPTRONICS CORPORATION

59.     LPL hereby incorporates paragraphs 23-58 above as though fully set forth herein.

60.     AUO has accused LPL of infringing the AUO Patents by filing a complaint in the U.S. District Court for the Western District of Wisconsin.  As such, there is a substantial controversy between the parties having adverse legal interests.

61.     Claims of the '781 Patent are invalid for failure to satisfy one or more of the requirements for patentability set forth in Title 35 of the United States Code.

62.     Claims of the '160 Patent are invalid for failure to satisfy one or more of the requirements for patentability set forth in Title 35 of the United States Code.

63.     Claims of the '629 Patent are invalid for failure to satisfy one or more of the requirements for patentability set forth in Title 35 of the United States Code.

64.     Because AUO has asserted the AUO Patents against LPL, thereby creating an actual controversy, declaratory relief is both appropriate and necessary to establish that one or more of the claims of the '781 Patent, the '160 Patent, and the '629 Patent are invalid.

## COUNTERCLAIM COUNT V
## CLAIM FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF
## THE '781 PATENT, THE '160 PATENT, AND THE '629 PATENT
## AGAINST DEFENDANT AU OPTRONICS CORPORATION

65.     LPL hereby incorporates paragraphs 23-64 above as though fully set forth herein.

662435-1

66.    LPL's LCD modules do not infringe any claim of the '781 Patent, either literally or under the doctrine of equivalents.

67.    LPL's LCD modules and/or methods of driving LCD modules do not infringe any claim of the '160 Patent, either literally or under the doctrine of equivalents.

68.    LPL's LCD modules and/or methods for forming LCD modules do not infringe any claim of the '629 Patent, either literally or under the doctrine of equivalents.

69.    Because AUO maintains that LPL infringes the AUO Patents, thereby creating an actual controversy, a declaration of rights between LPL and AUO is both appropriate and necessary to establish that LPL has not infringed and does not infringe any claim of the '781 Patent, the '160 Patent, or the '629 Patent.

**PRAYER FOR RELIEF**

**WHEREFORE**, LPL prays for judgment as follows:

A.    That the Court dismiss AUO's Complaint with prejudice;

B.    That AUO, AUO America, CMO, and CMO USA have infringed the Patents-in-Suit;

C.    That AUO's, AUO America's, CMO's, and CMO USA's infringement of the Patents-in-Suit has been willful;

D.    That AUO, AUO America, CMO, and CMO USA and their parents, subsidiaries, affiliates, successors, predecessors, assigns, and the officers, directors, agents, servants and employees of each of the foregoing, and those persons acting in concert or participation with any of them, are enjoined and restrained from continued infringement, including but not limited to using, making, importing, offering for sale and/or selling products that infringe, and from inducing the infringement of, the '274, '321 Patent and '489 Patent, prior to their expiration, including any extensions;

14

E.    That AUO, AUO America, CMO, and CMO USA and their parents, subsidiaries, affiliates, successors, predecessors, assigns, and the officers, directors, agents, servants and employees of each of the foregoing, and those persons acting in concert or participation with any of them deliver to LPL all products that infringe the Patents-in-Suit for destruction at LPL's option;

F.    That LPL be awarded monetary relief adequate to compensate LPL for AUO's, AUO America's, CMO's, and CMO USA's acts of infringement of the Patents-in-Suit within the United States prior to the expiration of the Patents-in-Suit, including any extensions;

G.    That any monetary relief awarded to LPL regarding the infringement of the Patents-in-Suit by Defendants be trebled due to the willful nature of AUO's, AUO America's, CMO's, and CMO USA's infringement of the Patents-in-Suit;

H.    That any monetary relief awarded to LPL be awarded with prejudgment interest;

I.    That a post trial accounting be done as part of the monetary relief awarded to LPL;

J.    That this is an exceptional case under 35 U.S.C. § 285 and that LPL be awarded the attorneys' fees, costs and expenses that it incurs prosecuting this action;

K.    That the Court issue a declaratory judgment that LPL does not directly or indirectly infringe any Asserted AUO Patent under any applicable provision of 35 U.S.C. § 271;

L.    That the Court issue a declaratory judgment that the Asserted AUO Patents are invalid;

M.    That the Court issue a declaratory judgment that the Asserted AUO

Patents are unenforceable; and

N.    That the Court award LPL other relief as it may find appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, LG.Philips LCD

Co., Ltd. respectfully demands a trial by jury on all issues so triable in this action.

June 11, 2007                          THE BAYARD FIRM

                                       /s/ Richard D. Kirk (rk0922)
                                       Richard D. Kirk (rk0922)
                                       Ashley B. Stitzer (as3891)
                                       222 Delaware Avenue, Suite 900
                                       P.O. Box 25130
                                       Wilmington, DE 19899
                                       (302) 655-5000
                                       Attorneys for Defendant/Counterclaim-
                                       Plaintiff LG.Philips LCD Co., Ltd.

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C.  20006
(202) 496-7500

662435-1



US005905274A

# United States Patent [19]

## Ahn et al.

[11] **Patent Number:** **5,905,274**

[45] **Date of Patent:** **May 18, 1999**

[54] **THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME**

[75] Inventors: **Byung-Chul Ahn**, Kumi-shi; **Hyun-Sik Seo**, Anyang-shi, both of Rep. of Korea

[73] Assignee: **L.G. Electronics, Inc.**, Youngdungpo-ku, Japan

[21] Appl. No.: **08/918,119**

[22] Filed: **Aug. 27, 1997**

[30] **Foreign Application Priority Data**

Mar. 4, 1997 [KR] Rep. of Korea ......................... 97-7010

[51] **Int. Cl.⁶** ........................ **H01L 29/04**; H01L 31/036; H01L 31/0376

[52] **U.S. Cl.** ................................ **257/59**; 257/61; 257/72; 257/350

[58] **Field of Search** ................................. 257/57, 58, 59, 257/60, 61, 66, 72, 350

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,036,370 | 7/1991 | Miyago et al. . |
| 5,132,745 | 7/1992 | Kwasnick et al. . |
| 5,156,986 | 10/1992 | Wei et al. ................................. 437/40 |
| 5,428,250 | 6/1995 | Ikeda et al. ............................ 257/761 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0602315 | 7/1993 | European Pat. Off. . |
| 03114028 | 5/1991 | Japan . |

| | | |
|---|---|---|
| 6-37311 | 2/1994 | Japan . |
| 2254187 | 9/1992 | United Kingdom . |

OTHER PUBLICATIONS

"Low Cost, High Display Quality TFT–LCD Process", Society for Information Display, EuroDisplay 96, Proceedings of the 16th International Display Research Conference, Oct. 1, 1996, 591–594.

"Hilllock–Free A1–Gate Materials Using Stress–Absorbing Buffer Layer for Large Area AMLCDs" Society for Information Display 96 Digest, pp. 341–344, 1996.

*Primary Examiner*—Ngân V. Ngô
*Attorney, Agent, or Firm*—Graham & James LLP

[57] **ABSTRACT**

A thin-film transistor includes a substrate and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m. A method of making such a thin film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

**6 Claims, 6 Drawing Sheets**



# FIG. 1A



# FIG. 1B



# FIG. 1C



# FIG. 1D



# FIG. 1E



# FIG. 1F



# FIG. 2



U.S. Patent        May 18, 1999        Sheet 4 of 6        5,905,274

# FIG. 3



# FIG. 4A



# FIG. 4B



# FIG. 4C



# FIG. 4D



# FIG. 4E



# FIG. 4F



5,905,274

**1**

## THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to a thin-film transistor of a liquid crystal display and, more particularly, to a thin-film transistor having a gate including a double-layered metal structure and a method of making such a double-layered metal gate.

#### 2. Discussion of Related Art

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

The gate of the thin-film transistor is made of aluminum to reduce its wiring resistance, but an aluminum gate may cause defects such as hillock.

A double-layered metal gate, i.e., molybdenum-coated aluminum gate is considered as a substitute for the aluminum gate to overcome the problem of the hillock.

To fabricate a double-layered gate, metals such as aluminum and molybdenum are sequentially deposited, followed by a patterning process carried out via photolithography to form resulting metal films which have the same width. Although the double-layered gate is desirable to overcome the problem of hillock, the resulting deposited metal films forming the double-layered gate are so thick that a severe single step is created by a thickness difference between the metal films and a substrate, thereby causing a single step difference between the substrate and the double-layered gate which deteriorates the step coverage of a later formed gate oxide layer. The source and drain regions formed on the gate oxide layer may have disconnections between areas of the source and drain regions which are overlapped and non-overlapped with the gate, or electrically exhibit short circuits as a result of contact with the gate.

According to another method of forming the gate, each of the metal layers of Al and Mo form a double step difference with the substrate so as to improve the step coverage of the gate oxide layer.

FIGS. 1A through 1F are diagrams illustrating the process for fabricating a thin-film transistor of a method which is related to the invention described and claimed in the present application. The method shown in FIGS. 1A–1F is not believed to be published prior art but is merely a recently discovered method related to the invention described and claimed in the present application.

Referring to FIG. 1A, aluminum is deposited on a substrate 11 to form a first metal layer 13. A first photoresist 15 is deposited on the first metal layer 13. The first photoresist 15 is exposed and developed so as to have a certain width w1 extending along the first metal layer 13.

Referring to FIG. 1B, the first metal layer 13 is patterned via wet etching using the first photoresist 15 as a mask so that the first metal layer 13 has a certain width w1. After the first photoresist 15 is removed, a second metal layer 17 is formed by depositing Mo, Ta, or Co on the substrate 11 so as to cover the first metal layer 13. A second photoresist 19 is then deposited on the second metal layer 17. The second photoresist 19 is exposed and developed so as to have a certain width w2 extending along the second metal layer 17 and located above the first metal layer 13.

Referring to FIG. 1C, the second metal layer 17 is patterned via a wet etching process using the second pho-

toresist 19 as a mask such that the second metal layer 17 has a certain width w2 which is narrower than the width w1 of the first metal layer 13. After formation of the gate 21, the second photoresist 19 is removed.

Thus, the patterned first and second metal layers 13 and 17 form a gate 21 having a double-layered metal structure that provides a double step difference between the double-layered metal gate structure 21 and the substrate 11. The formation of the gate 21 as described above and shown in FIGS. 1–3 requires the use of two photoresists 15, 19 and two photoresist steps.

In the gate 21 shown in FIG. 3, the second metal layer 17 is preferably centrally located on the first metal layer 13. Although there is no specific information available regarding a relationship of w1 to w2 of this related method, based on their understanding of this related method resulting in the structure shown in FIG. 3, the inventors of the invention described and claimed in the present application assume that the width difference w1–w2 between the first and second metal layers 13 and 17 is larger than or equal to 4 $\mu m$, that is, w1–w2$\geqq$4 $\mu m$.

Referring to FIG. 1D, a first insulating layer 23 is formed by depositing silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ as a single-layered or double-layered structure on the gate 21 and substrate 11. Semiconductor and ohmic contact layers 25 and 27 are formed by sequentially depositing undoped polycrystalline silicon and heavily doped silicon on the first insulating layer 23. The semiconductor and ohmic contact layers 25 and 27 are patterned to expose the first insulating layer 23 by photolithography.

Referring to FIG. 1E, conductive metal such as aluminum is laminated on the insulating and ohmic contact layers 23 and 27. The conductive metal is patterned by photolithography so as to form a source electrode 29 and a drain electrode 31. A portion of the ohmic contact layer 27 exposed between the source and drain electrodes 29 and 31 is etched by using the source and drain electrodes 29 and 31 as masks.

Referring to FIG. 1F, silicon oxide or silicon nitride is deposited on the entire surface of the structure to form a second insulating layer 33. The second insulating layer 33 is etched to expose a designated portion of the drain electrode 31, thus forming a contact hole 35. By depositing transparent and conductive material on the second insulating layer 33 and patterning it via photolithography, a pixel electrode 37 is formed so as to be electrically connected to the drain electrode 31 through the contact hole 35.

According to the method of fabricating a thin-film transistor as described above and shown in FIGS. 1A–1F, respective first and second metal layers are formed through photolithography using different masks so as to form the gate with a double-layered metal structure, resulting in double step differences between the gate and substrate.

As a result of the double step difference between the gate 21 and the substrate 11 shown in FIG. 1C, a hillock often occurs on both side portions of the first metal layer 13 which have no portion of the second metal layer 17 deposited thereon when the first metal layer 13 is wider than the second metal layer 17 as in FIG. 1C. Another problem with this related method is that the process for forming a gate is complex and requires two photoresists 15, 19 and two steps of deposition and photolithography. As a result, the contact resistance between the first and second metal layers may be increased.

Another method of forming a double metal layer gate structure is described in "Low Cost, High Quality TFT-LCD

5,905,274

**3**

Process", SOCIETY FOR INFORMATION DISPLAY EURO DISPLAY 96, Proceedings of the 16th International Display Research Conference, Birmingham, England, Oct. 1, 1996, pages 591–594. On page 592 of this publication, a method of forming a double metal gate structure includes the process of depositing two metal layers first and then patterning the two metal layers to thereby eliminate an additional photoresist step. However, with this method, process difficulties during the one step photoresist process for forming the double metal layer gate resulted in the top layer being wider than the bottom layer causing an overhang condition in which the top layer overhangs the bottom layer. This difficulty may result in poor step coverage and disconnection. This problem was solved by using a three-step etching process in which the photoresist had to be baked before each of the three etching steps to avoid lift-off or removal of the photoresist during etching. This three-step etching process and required baking of the photoresist significantly increases the complexity and steps of the gate forming method.

### SUMMARY OF THE INVENTION

To overcome the problems discussed above, the preferred embodiments of the present invention provide a thin-film transistor which prevents a hillock and deterioration of step coverage of a later formed gate oxide layer on a double metal layer gate.

The preferred embodiments of the present invention also provide a method of fabricating a thin-film transistor that simplifies the process for forming a double metal layer gate.

The preferred embodiments of the present invention further provide a method of fabricating a thin-film transistor that reduces the contact resistance between the first and second metal layers constituting a gate.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof, as well as, the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer being wider than the second metal layer about 1 to 4 $\mu m$, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a desired width on the second metal layer; patterning the second metal layer via an isotropic etching using the photoresist as a mask; patterning the first metal layer via an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have a desired width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

These and other elements, features, and advantages of the preferred embodiments of the present invention will be apparent from the following detailed description of the preferred embodiments of the present invention, as illustrated in the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incor-

**4**

porated in and constitute a part of this specification, illustrate preferred embodiments of the invention and together with the description serve to explain the principles of the invention, in which:

FIGS. 1A through 1F are diagrams illustrating a process for fabricating a thin-film transistor according to a method which is related to the preferred embodiments of the present invention;

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention;

FIG. 3 is a cross-sectional view taken along line X—X of FIG. 2; and

FIGS. 4A through 4F are diagrams illustrating a process for fabricating a thin-film transistor of preferred embodiments of the present invention.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention. FIG. 3 is a cross-sectional view taken along line x—x of FIG. 2.

The thin-film transistor comprises a gate 49 having a double-layered structure of a first metal layer 43, a second metal layer 45 disposed on a substrate 41, a first insulating layer 51, a second insulating layer 61, a semiconductor layer 53, an ohmic contact layer 55, a source electrode 57, a drain electrode 59, and a pixel electrode 65.

The gate 49 has a double-layered structure including the first and second metal layers 43 and 45 disposed on the substrate 41. The first metal layer 43 is preferably formed from a conductive metal such as Al, Cu, or Au deposited to have a certain width w1. The second metal layer 45 is preferably formed from a refractory metal such as Mo, Ta, or Co deposited to have a certain width w2.

The present inventors have discovered that a relationship between the width of the first metal layer and the width of the second metal layer of a double metal layer gate electrode is critical to preventing deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer 43 is wider than the second metal layer 45 by about 1 to 4 $\mu m$, for example, 1 $\mu m$<w1−w2<4 $\mu m$, provides maximum prevention of deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate.

To achieve the best results, the second metal layer 45 is preferably positioned substantially in the middle of the first metal layer 45, so that both side portions of the first metal layer 43 which have no portion of the second metal layer 45 disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 $\mu m$ but less than about 2 $\mu m$.

The first insulating layer 51 is preferably formed by depositing single layer of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the substrate including the gate 49.

The semiconductor and ohmic contact layers 53 and 55 are formed on the portion of the first insulating layer 51 corresponding to the gate 49 by sequentially depositing undoped amorphous silicon and heavily doped amorphous silicon and patterning the two silicon layers. The semicon-

5,905,274

5

ductor layer 53 is used as the active region of an element, thus forming a channel by means of a voltage applied to the gate 49. The ohmic contact layer 55 provides an ohmic contact between the semiconductor layer 53 and the source and drain electrodes 57 and 59. The ohmic contact layer 55 is not formed in the portion that becomes the channel of the semiconductor layer 53.

The source and drain electrodes 57 and 59 are in contact with the ohmic contact layer 55, and each electrode 57, 59 extends to a designated portion on the first insulating layer 51.

The second insulating layer 61 is formed by depositing insulating material such as silicon oxide $SiO_2$ silicon nitride $Si_3N_4$ to cover the source and drain electrodes 57 and 59 and the first insulating layer 51. The second insulating layer 61 on the drain electrode 59 is removed to form a contact hole 63. The pixel electrode 65 is formed from transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$, so that it is connected to the drain electrode 59 through the contact hole 63.

In the first and second metal layers 43 and 45 constituting the gate 49, each side portion of the first metal layer 43 having no portion of the second metal layer 45 thereon has a width that is preferably larger than about 0.5 $\mu$m and less than about 2 $\mu$m. Because the first metal layer 43 is wider than the second metal layer 45 by about 1.0 $\mu$m to 4.0 $\mu$m, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate 49 and substrate 41. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer 51 which deterioration occurs in prior art devices. The hillock in the first metal layer 43 is also avoidable because the width difference between the first and second metal layers 43 and 45 is between about 1 $\mu$m to 4 $\mu$m.

FIGS. 4A through 4F are diagrams illustrating the process for fabricating the thin-film transistor of the preferred embodiments of the present invention.

Referring to FIG. 4A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer 43. A second metal layer 45 is formed from Mo, Ta, or Co and deposited on the first metal layer 43 without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers 43 and 45 are sequentially deposited so as to preferably have a thickness as large as about 500–4000A and 500–2000A, respectively, by means of sputtering or chemical vapor deposition (hereinafter, referred to as CVD) without breaking a vacuum state. As a result, the contact resistance between the first and second metal layers 43 and 45 is reduced.

According to the preferred embodiments of the present invention, a single photoresist step is used to pattern both the first metal layer 43 and the second metal layer 45 simultaneously. In the single photoresist step, a photoresist 47 is deposited on the second metal layer 45 and then the photoresist 47 is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer 45.

Referring to FIG. 4B, the second metal layer 45 is patterned with an etching solution preferably prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$, by means of a wet etching using the photoresist 47 as a mask. Because the portion of the second

6

metal layer 45 covered with the photoresist 47, as well as, exposed side portions of the second metal layer 45 are isotopically etched, the second metal layer 45 is preferably patterned to have the width w2 which is narrower than the width w1 of the photoresist 47 which is the same as the width w1 of the first metal layer 43, that is, about 1 $\mu$m<w1<w2<4 $\mu$m. Each side portion of the second metal layer 45 preferably has a width larger than about 0.5 $\mu$m and less than about 2 $\mu$m. That is, the two side portions of the second metal layer 45 covered with the photoresist 47 are preferably etched to have substantially the same width as each other. The lateral surfaces of the second metal layer 45 are preferably etched to have a substantially rectangular or inclined shape.

Referring to FIG. 4C, the first metal layer 43 is patterned via a wet etching having anisotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist 47 as a mask. When etching the first metal layer 43 other than the portion of the layer 43 covered with the photoresist 47, the first metal layer 43 preferably has the same width w1 of the photoresist 47. Thus, patterning of the first and second metal layers 43, 45, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the relation between the first and second metal layers 43 and 45 also may be represented by about 1 $\mu$m<w1–w2<4 $\mu$m.

The first and second metal layers 43 and 45 resulting from the single photoresist step process described above form a gate 49 having a double-layered metal structure. The gate 49 has the second metal layer 45 positioned substantially in the middle of the first metal layer 43 so that the each side portion of the first metal layer 43 having no second metal layer 45 thereon is wider than about 0.5 $\mu$m but narrower than about 2 $\mu$m. The photoresist 47 remaining on the second metal layer 45 is removed after the two etching steps are completed.

Referring to FIG. 4D, a first insulating layer 51 is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate 49 and substrate 41 by CVD. Because each side portion of the first metal layer 43 having no second metal layer 45 thereon is wider than about 0.5 $\mu$m, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer 51 from being deteriorated as in prior art devices. The hillock in the first metal layer 43 is also avoidable because a width of a portion of the first metal layer 43 which is exposed is less than about 2 $\mu$m.

Amorphous silicon which is undoped and heavily doped amorphous silicon are sequentially deposited on the first insulating layer 41 by CVD, thus forming semiconductor and ohmic contact layers 53 and 55. The ohmic contact and semiconductor layers 55 and 53 are patterned by means of photolithography to expose the first insulating layer 51.

Referring to FIG. 4E, conductive metal such as Al or Cr is laminated on the insulating and ohmic contact layers 51 and 55 and patterned by photolithography to form source and drain electrodes 57 and 59. The ohmic contact layer 55 exposed between the source and drain electrodes 57 and 59 is etched by using the source drain electrodes 57 and 59 as masks.

Referring to FIG. 4F, a second insulating layer 61 is formed by depositing insulating material such as silicon oxide or silicon nitride by CVD on the entire surface of the above structure. The second insulating layer is removed by photolithography to expose a designated portion of the drain electrode 59 and thus form a contact hole 63. Once trans-

5,905,274

7

parent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$ is deposited on the second insulating layer **61** via sputtering and patterned by photolithography, a pixel electrode **65** is formed so that it is electrically connected to the drain electrode **59** through the contact hole **63**.

In another preferred embodiment of the present invention, the first and second metal layers **43** and **45** are first etched by means of a dry etching having anisotropic etching characteristic such as RIE by using the photoresist **47** as a mask. The gate **49** is formed by etching the second metal layer **45** under the photoresist **47** with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$.

In still another preferred embodiment of the present invention, the gate **49** is formed through a single etching step process for etching the first and second metal layers **43** and **45** simultaneously and via a single etching step, where the second metal layer **45** is etched more quickly than the first metal layer **43** with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$. Because of the etching material and metals used for the first and second metal layers of the gate, only a single etching step is required. Despite the fact that a single etching step is used, it is still possible to obtain the relationship between the widths **w1** and **w2** of the first and second metal layers described above. In this process, the first and second metal layers forming the gate **49** are formed and patterned with a single photo resist step as described above and a single etching step.

As described above, in the preferred embodiments of the present invention, the first and second metal layers are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal layer is wet etched by using the photoresist as a mask but the first metal layer is dry etched. As a result, the double-metal gate is formed. In another preferred embodiment, a single etching step is used to form the double-metal gate wherein both the first metal layer and the second metal layer are wet etched, but the different in etching rates of the first and second metal layers produces different etching affects which result in the desired double-step structure.

While the invention has been particularly shown and described with reference to preferred embodiments thereof, it will be understood by those skilled in the art that the foregoing and other changes in form and details may be made therein without departing from the spirit and scope of the invention.

8

What is claimed is:

1. A thin film transistor comprising:

a substrate; and

a gate including a double-layered structure having a first metal layer which is a bottom layer disposed on the substrate and a second metal layer disposed on the first metal layer, the first metal layer including aluminum, the second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m.

2. The thin-film transistor as claimed in claim **1**, wherein the second metal layer is located in a middle portion of the first metal layer so that two side portions of the first metal layer having no second metal layer disposed thereon have the same width as each other.

3. The thin-film transistor as claimed in claim **1**, wherein the second metal layer includes at least one of Mo, Ta, and Co.

4. A thin film transistor comprising:

a substrate;

a gate including a double-layered structure having a first metal layer which is a bottom layer disposed on the substrate and a second metal layer disposed on the first metal layer, the first metal layer including aluminum, the second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m;

a first insulating layer disposed on the substrate including the gate;

a semiconductor layer disposed on a portion of the first insulating layer at a location corresponding to the gate;

an ohmic contact layer disposed on two sides of the semiconductor layer;

a source electrode and a drain electrode disposed on the ohmic contact layer and extending onto the first insulating layer; and

a second insulating layer covering the semiconductor layer, the source and drain electrodes and the first insulating layer.

5. The thin-film transistor as claimed in claim **4**, wherein the second metal layer is located in a middle portion of the first metal layer so that two side portions of the first metal layer having no second layer thereon have the same width as each other.

6. The thin-film transistor as claimed in claim **4**, wherein the second metal layer includes at least one of Mo, Ta, and Co.

\* \* \* \* \*



US006815321B2

(12) **United States Patent**     (10) **Patent No.:**     **US 6,815,321 B2**
Ahn et al.                         (45) **Date of Patent:**     **Nov. 9, 2004**

(54) **THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME**

(75) Inventors: **Byung-Chul Ahn**, Kumi-shi (KR); **Hyun-Sik Seo**, Anyang-shi (KR)

(73) Assignee: **LG. Philips LCD Co., Ltd.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/377,732**

(22) Filed: **Mar. 4, 2003**

(65) **Prior Publication Data**

US 2003/0164520 A1 Sep. 4, 2003

**Related U.S. Application Data**

(62) Division of application No. 10/154,955, filed on May 28, 2002, now Pat. No. 6,548,829, which is a continuation of application No. 09/940,504, filed on Aug. 29, 2001, now abandoned, which is a division of application No. 09/243, 556, filed on Feb. 2, 1999, now Pat. No. 6,340,610, which is a division of application No. 08/918,119, filed on Aug. 27, 1997, now Pat. No. 5,905,274.

(30) **Foreign Application Priority Data**

Mar. 4, 1997   (KR) ......................................... 1997-7010

(51) Int. Cl.[7] ........................................... H01L 21/3205
(52) U.S. Cl. ...................... **438/592**; 438/155; 438/481; 438/482; 438/483; 438/588
(58) Field of Search ................................ 257/149, 158, 257/482, 588, 592

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,220,706 A | 9/1980 | Spak | |
| 5,036,370 A | 7/1991 | Miyago et al. | |
| 5,132,745 A | * 7/1992 | Kwasnick et al. | .......... 257/412 |
| 5,156,986 A | 10/1992 | Wei et al. | |
| 5,162,933 A | 11/1992 | Kakuda et al. | |
| 5,428,250 A | 6/1995 | Ikeda et al. | |
| 5,464,500 A | 11/1995 | Tsujimura et al. | |
| 5,821,159 A | * 10/1998 | Ukita | .......................... 438/592 |
| 6,340,610 B1 | * 1/2002 | Ahn et al. | .................. 438/158 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0301571 | 2/1989 |
| EP | 9206497 | 4/1992 |
| EP | 0602315 | 7/1993 |
| EP | 0812012 | 12/1997 |

(List continued on next page.)

OTHER PUBLICATIONS

"Low Cost, High Display Quality TFT–LCD Process", Society for Information Display, EuroDisplay 96, Proceedings of the 16th International Display Research Conference, Oct. 1, 1996, 591–594.

"Hilllock–Free Al–Gate Materials Using Stress–Absorbing Buffer Layer for Large Area AMLCDs" Society for information Display 96 Digest, pp. 341–344, 1996.

(List continued on next page.)

*Primary Examiner*—Long Pham
*Assistant Examiner*—Wai-Sing Louie
(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch, LLP

(57) **ABSTRACT**

A thin-film transistor includes a substrate, and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by 1 to 4 $\mu$m. A method of making such a thin-film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layers directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

**22 Claims, 6 Drawing Sheets**



**US 6,815,321 B2**

Page 2

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2253742 | 9/1992 |
| GB | 2254187 | 9/1992 |
| GB | 2307597 | 5/1997 |
| JP | 4097531 | 3/1982 |
| JP | 1120068 | 5/1989 |
| JP | 1222448 | 9/1989 |
| JP | 3114028 | 5/1991 |
| JP | 5315615 | 11/1993 |
| JP | 5343683 | 12/1993 |
| JP | 637311 | 2/1994 |
| JP | 6104241 | 4/1994 |
| JP | 06281954 | 10/1994 |
| JP | 7077695 | 3/1995 |
| JP | 8254680 | 10/1996 |

| | | |
|---|---|---|
| KR | 954593 | 2/1995 |
| WO | 9206504 | 4/1992 |

OTHER PUBLICATIONS

"Wet Etchant for Molybdenum Having High Selectivity Against Aluminum", IBM Technical Disclosure Bulletin, vol. 35, No. 3, Aug. 1, 1992, pp. 205–206, XP 000326238.
AT Patent Abstracts of Japan, vol. 9, No. 315 [E–365] and Japan 60–149173 (Hitachi).
AU Patent Abstracts of Japan, vol. 5, No. 197 [E–86] and Japan 56–118370 (Cho Lsi Gijutsu).
"Pure Al and Al–Alloy Gate–Line Processes in TFT–L-CDs", Samsung Electronics Co., Ltd., Kiheung, Korea, C.W. Kim et al., SID 96 Digest, pp. 337–340.

* cited by examiner

# FIG.1A



# FIG.1B



# FIG.1C



Case 1:07-cv-00357-JJF    Document 73-3    Filed 06/11/2007    Page 4 of 13

# FIG.1D



# FIG.1E



# FIG.1F





FIG.2

# FIG.3



# FIG.4A



# FIG.4B



# FIG.4C



# FIG.4D



# FIG.4E



# FIG.4F



US 6,815,321 B2

1

**THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME**

This application is a divisional of application Ser. No. 10/154,955, filed on May 28, 2002, now U.S. Pat. No. 6,548,829 which is a continuation of abandoned application Ser. No. 09/940,504, filed on Aug. 29, 2001, which is a divisional application under 37 C.F.R. §1.53(b) of patented prior application Ser. No. 09/243,556 (U.S. Pat. No. 6,340, 610 B1) filed on Feb. 2, 1999 (Issued on Jan. 22, 2002):, which is divisional application of 37 C.F.R. §1.53(b) of patented prior application Ser. No. 08/918,119 (U.S. Pat. No. 5,905,274) filed on Aug. 27, 1997 (Issued on May 18, 1999) the entire contents of which are hereby incorporated by reference and for which priority is claimed under 35 U.S.C. §120; and this application claims priority of Application No. 97-07010 filed in Korea on Mar. 4, 1997 under 35 U.S.C. §119.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a thin-film transistor of a liquid crystal display and, more particularly, to a thin-film transistor having a gate including a double-layered metal structure and a method of making such a double-layered metal gate.

2. Discussion of Related Art

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

The gate of the thin-film transistor is made of aluminum to reduce its wiring resistance, but an aluminum gate may cause defects such as hillock.

A double-layered metal gate, i.e., molybdenum-coated aluminum gate is considered as a substitute for the aluminum gate to overcome the problem of the hillock.

To fabricate a double-layered gate, metals such as aluminum and molybdenum are sequentially deposited, followed by a patterning process carried out via photolithography to form resulting metal films which have the same width. Although the double-layered gate is desirable to overcome the problem of hillock, the resulting deposited metal films forming the double-layered gate are so thick that a severe single step is created by a thickness difference between the metal films and a substrate, thereby causing a single step difference between the substrate and the double-layered gate which deteriorates the step coverage of a later formed gate oxide layer. The source and drain regions formed on the gate oxide layer may have disconnections between areas of the source and drain regions which are overlapped and non-overlapped with the gate, or electrically exhibit short circuits as a result of contact with the gate.

According to another method of forming the gate, each of the metal layers of Al and Mo form a double step difference with the substrate so as to improve the step coverage of the gate oxide layer.

FIGS. 1A through 1F are diagrams illustrating the process for fabricating a thin-film transistor of a method which is related to the invention described and claimed in the present application. The method shown in FIGS. 1A–1F is not believed to be published prior art but is merely a recently discovered method related to the invention described and claimed in the present application.

2

Referring to FIG. 1A, aluminum is deposited on a substrate 11 to form a first metal layer 13. A first photoresist 15 is deposited on the first metal layer 13. The first photoresist 15 is exposed and developed so as to have a certain width w1 extending along the first metal layer 13.

Referring to FIG. 1B, the first metal layer 13 is patterned via wet etching using the first photoresist 15 as a mask so that the first metal layer 13 has a certain width w1. After the first photoresist 15 is removed, a second metal layer 17 is formed by depositing Mo, Ta, or Co on the substrate 11 so as to cover the first metal layer 13. A second photoresist 19 is then deposited on the second metal layer 17. The second photoresist 19 is exposed and developed so as to have a certain width w2 extending along the second metal layer 17 and located above the first metal layer 13.

Referring to FIG. 1C, the second metal layer 17 is patterned via a wet etching process using the second photoresist 19 as a mask such that the second metal layer 17 has a certain width w2 which is narrower than the width w1 of the first metal layer 13. After formation of the gate 21, the second photoresist 19 is removed.

Thus, the patterned first and second metal layers 13 and 17 form a gate 21 having a double-layered metal structure that provides double step difference between the double-layered metal gate structure 21 and the substrate 11. The formation of the gate 21 as described above and shown in FIGS. 1A–1F requires the use of two photoresists 15, 19 and two photoresist steps.

In the gate 21, shown in FIG. 1C, the second metal layer 17 is preferably centrally located on the first metal layer 13. Although there is no specific information available regarding a relationship of w1 to w2 of this related art method, based on their understanding of this related method resulting in the structure shown in FIG. 1C, the inventors of the invention described and claimed in the present application assume that the width difference w1−w2 between the first and second metal layers 13 and 17 is larger than or equal to 4 $\mu$m, that is, w1−w2≧4 $\mu$m.

Referring to FIG. 1D, a first insulating layer 23 is formed by depositing silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ as a single-layered or double-layered structure on the gate 21 and substrate 11. Semiconductor and ohmic contact layers 25 and 27 are formed by sequentially depositing undoped polycrystalline silicon and heavily doped silicon on the first insulating layer 23. The semiconductor and ohmic contact layers 25 and 27 are patterned to expose the first insulating layer 23 by photolithography.

Referring to FIG. 1E, conductive metal such as aluminum is laminated on the insulating and ohmic contact layers 23 and 27. The conductive metal is patterned by photolithography so as to form source electrode 29 and a drain electrode 31. A portion of the ohmic contact layer 27 exposed between the source and drain electrodes 29 and 31 is etched by using the source and drain electrodes 29 and 31 as masks.

Referring to FIG. 1F, silicon oxide or silicon nitride is deposited on the entire surface of the structure to form a second insulating layer 33. The second insulating layer 33 is etched to expose a designated portion of the drain electrode 31, thus forming a contact hole 35. By depositing transparent and conductive material on the second insulating layer 33 and patterning it via photolithography, a pixel electrode 37 is formed so as to be electrically connected to the drain electrode 31 through the contact hole 35.

According to the method of fabricating a thin-film transistor as described above and shown in FIGS. 1A–1F, respective first and second metal layers are formed through

US 6,815,321 B2

3

photolithography using different masks so as to form the gate with a double-layered metal structure, resulting in double step differences between the gate and substrate.

As a result of the double step difference between the gate **21** and the substrate **11** shown in FIG. 1C, a hillock often occurs on both side portions of the first metal layer **13** which have no portion of the second metal layer **17** deposited thereon when the first metal layer **13** is wider than the second metal layer **17** as in FIG. 1C. Another problem with this related art method is that the process for forming a gate is complex and requires two photoresists **15**, **19** and two steps of deposition and photolithography. As a result, the contact resistance between the first and second metal layers may be increased.

Another related art method of forming a double metal layer gate structure is described in "Low Cost, High Quality TFT-LCD Process", SOCIETY FOR INFORMATION DISPLAY EURO DISPLAY 96, Proceedings of the 16th International Display Research Conference, Birmingham, England, Oct. 1, 1996, pages 591–594. One page 592 of this publication, a method of forming a double metal gate structure includes the process of depositing two metal layers first and then patterning the two metal layer to thereby eliminate an additional photoresist step. However, with this method, process difficulties during the one step photoresist process for forming the double metal layer gate resulted in the top layer being wider than the bottom layer causing an overhang condition in which the top layer overhangs the bottom layer. This difficulty may result in poor step coverage and disconnection. This problem was solved by using a three-step etching process in which the photoresist had to be baked before each of the three etching steps to avoid lift-off or removal of the photoresist during etching. This three-step etching process and required baking of the photoresist significantly increases the complexity and steps of the gate forming method.

### SUMMARY OF THE INVENTION

To overcome the problems discussed above, the preferred embodiments of the present invention provide a thin-film transistor which prevents a hillock and deterioration of step coverage of a later formed gate oxide layer on a double metal layer gate.

The preferred embodiments of the present invention also provide a method of fabricating a thin-film transistor that simplifies the process for forming a double metal layer gate.

The preferred embodiments of the present invention further provide a method of fabricating a thin-film transistor that reduces the contact resistance between the first and second metal layers constituting a gate.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof, as well as, the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu m$, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on

4

a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a desired width on the second metal layer; patterning the second metal layer via an isotropic etching using the photoresist as a mask; patterning the first metal layer via an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have a desired width, thus forming a gate having a laminated structure of the first and second layers; and removing the photoresist.

These and other elements, features, and advantages of the preferred embodiments of the present invention will be apparent from the following detailed description of the preferred embodiments of the present invention, as illustrated in the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate preferred embodiments of the invention and together with the description serve to explain the principles of the invention, in which:

FIGS. 1A through 1F are diagrams illustrating a process for fabricating a thin-film transistor according to a method of the related art;

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention;

FIG. 3 is a cross-sectional view taken along line III—III of FIG. 2; and

FIGS. 4A through 4F are diagrams illustrating a process for fabricating a thin-film transistor of preferred embodiments of the present invention.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention. FIG. 3 is a cross-sectional view taken along line III—III of FIG. 2.

The thin-film transistor comprises a gate **49** having a double-layered structure of a first metal layer **43**, a second metal layer **45** disposed on a substrate **41**, a first insulating layer **51**, a second insulating layers **61**, a semiconductor layer **53**, an ohmic contact layer **55**, a source electrode **57**, a drain electrode **59**, and a pixel electrode **65**.

The gate **49** has a double-layered structure including the first and second metal layers **43** and **45** disposed on the substrate **41**. The first metal layer **43** is preferably formed from a conductive metal such as Al, Cu, or Au deposited to have a certain width w1. The second metal layer **45** is preferably formed from a refractory metal such as Mo, Ta, or Co deposited to have a certain width w2.

The present inventors have discovered that a relationship between the width of the first metal layer and the width of the second metal layer of a double metal layer gate electrode is critical to preventing deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer **43** is wider than the second metal layer **45** by about 1 to 4 $\mu m$, for example, 1 $\mu m < w1 - w2 < 4$ $\mu m$, provides maximum prevention of deterioration of step coverage of a later formed gate oxide layer

US 6,815,321 B2

5
6

in such a structure having a double step difference between the substrate and the gate.

To achieve the best results, the second metal layer 45 is preferably positioned substantially in the middle of the first metal layer 45, so that both side portions of the first metal layer 43 which have no portion of the second metal layer 45 disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 $\mu$m but less than about 2 $\mu$m.

The first insulating layer 51 is preferably formed by depositing single layer of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the substrate including the gate 49.

The semiconductor and ohmic contact layers 53 and 55 are formed on the portion of the first insulating layer 51 corresponding to the gate 49 by sequentially depositing undoped amorphous silicon and heavily doped amorphous silicon and patterning the two silicon layers. The semiconductor layer 53 is used as the active region of an element, thus forming a channel by means of a voltage applied to the gate 49. The ohmic contact layer 55 provides an ohmic contact between the semiconductor layer 53 and the source and drain electrodes 57 and 59. The ohmic contact layer 55 is not formed in the portion that becomes the channel of the semiconductor layer 53.

The source and drain electrodes 57 and 59 are in contact with the ohmic contact layer 55, and each electrode 57, 59 extends to a designated portion on the first insulating layer 51.

The second insulating layer 61 is formed by depositing insulating material such as silicon oxide $SiO_2$ silicon nitride $Si_3N_4$ to cover the source and drain electrodes 57 and 59 and the first insulating layer 51. The second insulating layer 61 on the drain electrode 59 is removed to form a contact hole 63. The pixel electrode 65 is formed from transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$, so that it is connected to the drain electrode 59 through the contact hole 63.

In the first and second metal layers 43 and 45 constituting the gate 49, each side portion of the first metal layer 43 having no portion of the second metal layer 45 thereon has a width that is preferably larger than about 0.5 $\mu$m and less than about 2 $\mu$m. Because the first metal layer 43 is wider than the second metal layer 45 by about 1.0 $\mu$m to 4.0 $\mu$m, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate 49 and substrate 41. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer 51 which deterioration occurs in prior art devices. The hillock in the first metal layer 43 is also avoidable because the width difference between the first and second metal layers 43 and 45 is between about 1 $\mu$m to 4 $\mu$m.

FIGS. 4A through 4F are diagrams illustrating the process for fabricating the thin-film transistor of the preferred embodiments of the present invention.

Referring to FIG. 4A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer 43. A second metal layer 45 is formed from Mo, Ta, or Co and deposited on the first metal layer 43 without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers 43 and 45 are sequentially deposited so as to preferably have a thickness as large as about 500–4000 Angstroms and 500–2000 Angstroms,

respectively, by means of sputtering or chemical vapor deposition (hereinafter, referred to as CVD) without breaking a vacuum state. As a result, the contact resistance between the first and second metal layers 43 and 45 is reduced.

According to the preferred embodiments of the present invention, a single photoresist step is used to pattern both the first metal layer 43 and the second metal layer 45 simultaneously. In the single photoresist step, a photoresist 47 is deposited on the second metal layer 45 and then the photoresist 47 is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer 45.

Referring to FIG. 4B, the second metal layer 45 is patterned with an etching solution preferably prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$, by means of a wet etching using the photoresist 47 as a mask. Because the portion of the second metal layer 45 covered with the photoresist 47, as well as, exposed side portions of the second metal layer 45 are isotropically etched, the second metal layer 45 is preferably patterned to have the width w2 which is narrower than the width w1 of the photoresist 47 which is the same as the width w1 of the first metal layer 43, that is, about 1 $\mu$m<w1−w2<4 $\mu$m. Each side portion of the second metal layer 45 preferably has a width larger than about 0.5 $\mu$m and less than about 2 $\mu$m. That is, the two side portions of the second metal layer 45 covered with the photoresist 47 are preferably etched to have substantially the same width as each other. The lateral surfaces of the second metal layer 45 are preferably etched to have a substantially rectangular or inclined shape.

Referring to FIG. 4C, the first metal layer 43 is patterned via dry etching having anisotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist 47 as a mask. When etching the first metal layer 43 other than the portion of the layer 43 covered with the photoresist 47, the first metal layer 43 preferably has the same width w1 of the photoresist 47. Thus, patterning of the first and second metal layers 43, 45, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the relation between the first and second metal layers 43 and 45 also may be represented by about 1 $\mu$m<w1−w2<4 $\mu$m.

The first and second metal layers 43 and 45 resulting form the single photoresist step process described above form a gate 49 having a double-layered metal structure. The gate 49 has the second metal layer 45 positioned substantially in the middle of the first metal layer 43 so that the each side portion of the first metal layer 43 having no second metal layer 45 thereon is wider than about 0.5 $\mu$m but narrower than about 2 $\mu$m. The photoresist 47 remaining on the second metal layer 45 is removed after the two etching steps are completed.

Referring to FIG. 4D, a first insulating layer 51 is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate 49 and substrate 41 by CVD. Because each side portion of the first metal layer 43 having no second metal layer 45 thereon is wider than 0.5 $\mu$m, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer 51 from being deteriorated as in prior art devices. The hillock in the first metal layer 43 is also avoidable because a width of a portion of the first metal layer 43 which is exposed is less than about 2 $\mu$m.

Amorphous silicon which is undoped and heavily doped amorphous silicon are sequentially deposited on the first

US 6,815,321 B2

7

insulating layer 41 by CVD, thus forming semiconductor and ohmic contact layers 53 and 55. The ohmic contact and semiconductor layers 55 and 53 are patterned by means of photolithography to expose the first insulating layer 51.

Referring to FIG. 4E, conductive metal such as Al or Cr is laminated on the insulating and ohmic contact layers 51 and 55 and patterned by photolithography to form source and drain electrodes 57 and 59. The ohmic contact layer 55 exposed between the source and drain electrodes 57 and 59 is etched by using the source drain electrodes 57 and 59 as masks.

Referring to FIG. 4F, a second insulating layer 61 is formed by depositing insulating material such as silicon oxide or silicon nitride by CVD on the entire surface of the above structure. The second insulating layer is removed by photolithography to expose a designated portion of the drain electrode 59 and thus form a contact hole 63. Once transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$ is deposited on the second insulating layer 61 via sputtering and patterned by photolithography, a pixel electrode 65 is formed so that it is electrically connected to the drain electrode 59 through the contact hole 63.

In another preferred embodiment of the present invention, the first and second metal layers 43 and 45 are first etched by means of a dry etching having anisotropic etching characteristic such as RIE by using the photoresist 47 as a mask. The gate 49 is formed by etching the second metal layer 45 under the photoresist 47 with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$.

In still another preferred embodiment of the present invention, the gate 49 is formed through a single etching step process for etching the first and second metal layers 43 and 45 simultaneously and via a single etching step, where the second metal layer 45 is etched more quickly than the first metal layer 43 with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$. Because of the etching material and metals used for the first and second metal layers of the gate, only a single etching step is required. Despite the fact that a single etching step is used, it is still possible to obtain the relationship between the widths w1 and w2 of the first and second metal layers described above. In this process, the first and second metal layers forming the gate 49 are formed and patterned with a single photo resist step as described above and a single etching step.

As described above, in the preferred embodiments of the present invention, the first and second metal layers are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal layer is wet etched by using the photoresist as a mask but the first metal layer is dry etched. As a result, the double-metal gate is formed. In another preferred embodiment, a single etching step is used to form the double-metal gate wherein both the first metal layer and the second metal layer are wet etched, but the difference in etching rates of the first and second metal layers produces different etching affects which result in the desired double-step structure.

While the invention has been particularly shown and described with reference to preferred embodiments thereof, it will be understood by those skilled in the art that the foregoing and other changes in form and details may be made therein without departing from the spirit and scope of the invention.

8

What is claimed is:

1. A method of making a thin-film transistor, comprising the steps of:

depositing a first metal layer on a substrate;

depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand;

forming a photoresist having a predetermined width on the second metal layer;

anisotropically etching the first and second metal layers so such that the first metal layer and the second metal layer have the same width of the photoresist by using the photoresist as a mask,

isotropically etching the second metal layer such that the second metal layer is narrower than the first metal layer by about 1 μm to about 4 μm by using the photoresist as a mask, thus forming a gate having a double-layered structure including the first and second metal layers; and removing the photoresist.

2. The method of making a thin-film transistor as claimed in claim 1, further comprising the steps of:

forming a first insulating layer on the substrate including the gate;

forming a semiconductor layer and an ohmic contact layer on a portion of the first insulating layer at a location corresponding to the gate;

forming a source electrode and drain electrode extending onto the first insulating layer on two sides of the ohmic contact layer, and removing a portion of the ohmic contact layer exposed between the source and drain electrodes; and

forming a second insulating layer covering the semiconductor layer, the source electrode, the drain electrode and the first insulating layer.

3. The method of making a thin-film transistor as claimed in claim 1, wherein the first metal layer includes Al, Cu, or Au.

4. The method of making a thin-film transistor as claimed in claim 1, wherein the second metal layer includes Mo, Ta, or Co.

5. The method of making a thin-film transistor as claimed in claim 1, wherein the first and second metal layers are removed via a dry etching method.

6. The method of making a thin-film transistor as claimed in claim 1, wherein the second metal layer is etched with an etching solution prepared with a mixture of phosphoric acid, acetic acid and nitric acid.

7. A method of forming a thin film transistor comprising:

forming a first metal layer on a substrate,

forming a second metal layer on the first metal layer;

simultaneously patterning the first and second metal layers to form a double-layered metal gate, so that a total width of the first metal layer is greater than a total width of the second metal layer by about 1 to 4 μm.

8. The method of claim 7, wherein the first and second metal layers are patterned so that the first metal layer has a first and a second side portion being exposed from the second metal layer, each side portion being at least about 0.5 μm in width.

9. The method of claim 8, wherein each side portion of the first metal layer is exposed so that each side portion is less than about 2 μm in width.

10. The method of claim 7, wherein the patterning step is such that the second metal layer is etched faster than the first etching layer.

US 6,815,321 B2

<table>
<tr><td>9</td><td>10</td></tr>
</table>

**11**. The method of claim **10**, wherein the second metal layer is wet etched, and the first metal layer is dry etched.

**12**. The method of claim **10**, wherein both the first and second metal layers are wet etched.

**13**. The method of claim **7**, wherein the patterning step comprises:

isotropically etching the second metal layer; and

anisotropically etching the first metal layer.

**14**. The method of claim **7**, wherein no masking step is required between the formation of the first and second metal layers.

**15**. The method of claim **7**, wherein the patterning step does not require processing of a photoresist before etching.

**16**. A method of waking a thin-film transistor, comprising the steps of:

depositing a first metal layer on a substrate, the first metal layer including aluminum;

depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand;

forming a single photoresist having predetermined width on the second metal layer;

patterning the first and second metal layers simultaneously in a single etching step using the single photoresist as a mask, the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4 $\mu$m; and

removing the photoresist.

**17**. The method of making a thin film transistor as claimed in claim **16**, further comprising the steps of:

forming a first insulating layer on the substrate including the gate;

forming a semiconductor layer and an ohmic contact layer on a portion of the first insulating layer at a location corresponding to the gate;

forming a source electrode and a drain electrode extending onto the first insulating layer on two sides of the ohmic contact layer, and removing a portion of the ohmic contact layer exposed between the source and the drain electrodes; and

forming a second insulating layer covering the semiconductor layer, the source electrode, the drain electrode and the first insulating layer.

**18**. The method of making a thin film transistor as claimed in claim **16**, wherein the first and second metal layers are sequentially deposited via sputtering or a chemical vapor deposition method without breaking a vacuum state.

**19**. The method of making a thin film transistor as claimed in claim **16**, wherein the first metal layer has thickness of about 500 Å to about 4000 Å.

**20**. The method of making a thin film transistor as claimed in claim **16**, wherein the second metal layer includes Mo, Ta or Co.

**21**. The method of making a thin film transistor as claimed in claim **16**, wherein the first metal layer has a thickness of about 500 Å to about 2000 Å.

**22**. The method of making a thin film transistor as claimed in claim **16**, wherein two side portions of the first metal layer having no second metal layer deposited thereon have substantially the same width as each other.

* * * * *



US007176489B2

(12) **United States Patent**     (10) **Patent No.:**    **US 7,176,489 B2**
Ahn et al.                        (45) **Date of Patent:**    ***Feb. 13, 2007**

(54) **THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME**

(75) Inventors: **Byung-Chul Ahn**, Kumi-shi (KR); **Hyun-Sik Seo**, Anyang-shi (KR)

(73) Assignee: **LG. Philips LCD. Co., Ltd.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/872,527**

(22) Filed: **Jun. 22, 2004**

(65) **Prior Publication Data**

US 2004/0229413 A1    Nov. 18, 2004

**Related U.S. Application Data**

(60) Division of application No. 10/377,732, filed on Mar. 4, 2003, now Pat. No. 6,815,321, which is a division of application No. 10/154,955, filed on May 28, 2002, now Pat. No. 6,548,829, which is a continuation of application No. 09/940,504, filed on Aug. 29, 2001, now abandoned, which is a division of application No. 09/243,556, filed on Feb. 2, 1999, now Pat. No. 6,340,610, which is a division of application No. 08/918,119, filed on Aug. 27, 1997, now Pat. No. 5,905,274.

(30) **Foreign Application Priority Data**

Mar. 4, 1997    (KR) .................................. 97-07010

(51) **Int. Cl.**
*H01L 29/04* (2006.01)
*H01L 29/10* (2006.01)
*H01L 31/036* (2006.01)
*H01L 31/0376* (2006.01)
*H01L 31/20* (2006.01)

(52) **U.S. Cl.** ............................ **257/59**; 257/57; 257/66; 257/72; 257/73; 257/291; 257/359

(58) **Field of Classification Search** ................. 257/57, 257/59, 66, 73, 359, 72, 291
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,220,706 A    9/1980    Spak ........................... 430/318

(Continued)

FOREIGN PATENT DOCUMENTS

EP        0301571        2/1989

(Continued)

OTHER PUBLICATIONS

"Low Cost, High Display Quality TFT-LCD Process", Society for Information Display, EuroDisplay 96, Proceedings of the 16th International Display Research Conference, Oct. 1, 1996, 591-594.

(Continued)

*Primary Examiner*—Ida M. Soward
(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch and Birch, LLP

(57)    **ABSTRACT**

A thin-film transistor includes a substrate, and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by 1 to 4 μm. A method of making such a thin-film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layers directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

**3 Claims, 6 Drawing Sheets**



**US 7,176,489 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,036,370 | A | | 7/1991 | Miyago et al. ............. 257/72 |
| 5,132,745 | A | | 7/1992 | Kwasnick et al. .......... 257/412 |
| 5,156,986 | A | | 10/1992 | Wei et al. .................... 438/159 |
| 5,162,933 | A | | 11/1992 | Kakuda et al. .............. 349/46 |
| 5,191,453 | A | * | 3/1993 | Okumura .................... 349/47 |
| 5,349,205 | A | * | 9/1994 | Kobayashi et al. .......... 257/59 |
| 5,428,250 | A | | 6/1995 | Ikeda et al. ................. 349/147 |
| 5,464,500 | A | | 11/1995 | Tsujimura et al. ........... 216/34 |
| 5,644,146 | A | * | 7/1997 | Arai et al. .................... 257/66 |
| 5,686,749 | A | * | 11/1997 | Matsuo ....................... 257/316 |
| 5,721,164 | A | * | 2/1998 | Wu ............................. 438/159 |
| 5,731,216 | A | * | 3/1998 | Holmberg et al. ........... 438/30 |
| 5,808,336 | A | * | 9/1998 | Miyawaki ................... 257/315 |
| 5,808,595 | A | * | 9/1998 | Kubota et al. ............... 345/92 |
| 5,889,573 | A | * | 3/1999 | Yamamoto et al. ......... 349/152 |
| 5,903,326 | A | * | 5/1999 | Lee ............................. 349/42 |
| 5,982,004 | A | * | 11/1999 | Sin et al. ..................... 257/347 |
| 6,063,646 | A | * | 5/2000 | Masuda et al. .............. 438/406 |
| 6,201,281 | B1 | * | 3/2001 | Miyazaki et al. ........... 257/347 |
| 6,333,518 | B1 | * | 12/2001 | Seo .............................. 257/72 |
| 2002/0048861 | A1 | * | 4/2002 | Seo .............................. 438/149 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 9206497 | 4/1992 |
| EP | 0602315 | 7/1993 |
| EP | 0812012 | 12/1997 |
| GB | 2253742 | 9/1992 |
| GB | 2254187 | 9/1992 |
| GB | 2307597 | 5/1997 |

| | | | | |
|---|---|---|---|---|
| JP | 4097531 | | 3/1982 | |
| JP | 1120068 | | 5/1989 | |
| JP | 1222448 | | 9/1989 | |
| JP | 3114028 | | 5/1991 | |
| JP | 5315615 | | 11/1993 | |
| JP | 5343683 | | 12/1993 | |
| JP | 637311 | | 2/1994 | |
| JP | 6104241 | | 4/1994 | |
| JP | 06281954 | | 10/1994 | |
| JP | 7077695 | | 3/1995 | |
| JP | 08095083 | A | * | 4/1996 |
| JP | 8254680 | | 10/1996 | |
| KR | 954593 | | 2/1995 | |
| WO | 9206504 | | 4/1992 | |

## OTHER PUBLICATIONS

"Hilllock-Free Al-Gate Materials Using Stress-Absorbing Buffer Layer for Large Area AMLCDs" Society for information Display 96 Digest, pp. 341-344, 1996.

"Wet Etchant for Molybdenum Having High Selectivity Against Aluminum", IBM Technical Disclosure Bulletin, vol. 35, No. 3, Aug. 1, 1992, pp. 205-206, XP 000326238.

AT Patent Abstracts of Japan, vol. 9, No. 315 [E-365] and Japan 60-149173 (Hitachi).

AU Patent Abstracts of Japan, vol. 5, No. 197 [E-86] and Japan 56-118370 (Cho Lsi Gijutsu).

"Pure Al and Al-Alloy Gate-Line Processes in TFT-LCDs", Samsung Electronics Co., Ltd., Kiheung, Korea, C.W. Kim et al., SID 96 Digest, pp. 337-340.

* cited by examiner

# FIG.1A



# FIG.1B



# FIG.1C



# FIG.1D



# FIG.1E



# FIG.1F





FIG.2

# FIG.3



# FIG.4A



# FIG.4B



# FIG.4C



# FIG.4D



# FIG.4E



# FIG.4F



US 7,176,489 B2

1

# THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME

This application is a divisional of application Ser. No. 10/377,732 filed on Mar. 4, 2003 now U.S. Pat. No. 6,815, 321, which is a divisional of application Ser. No. 10/154,955 filed on May 28, 2002 now U.S. Pat. No. 6,548,829, which is a continuation of abandoned application Ser. No. 09/940, 504, filed on Aug. 29, 2001, which is a divisional application under 37 C.F.R. § 1.53(b) of patented prior application Ser. No. 09/243,556 (U.S. Pat. No. 6,340,610 B1) filed on Feb. 2, 1999 (Issued on Jan. 22, 2002), which is a divisional application under 37 C.F.R. § 1.53(b) of patented prior application Ser. No. 08/918,119 (U.S. Pat. No. 5,905,274) filed on Aug. 27, 1997 (Issued on May 18, 1999), the entire contents of which are hereby incorporated by reference and for which priority is claimed under 35 U.S.C. § 120; and this application claims priority of Application No. 97-07010 filed in Korea on Mar. 4, 1997 under 35 U.S.C. § 119.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a thin-film transistor of a liquid crystal display and, more particularly, to a thin-film transistor having a gate including a double-layered metal structure and a method of making such a double-layered metal gate.

### 2. Discussion of Related Art

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

The gate of the thin-film transistor is made of aluminum to reduce its wiring resistance, but an aluminum gate may cause defects such as hillock.

A double-layered metal gate, i.e., molybdenum-coated aluminum gate is considered as a substitute for the aluminum gate to overcome the problem of the hillock.

To fabricate a double-layered gate, metals such as aluminum and molybdenum are sequentially deposited, followed by a patterning process carried out via photolithography to form resulting metal films which have the same width. Although the double-layered gate is desirable to overcome the problem of hillock, the resulting deposited metal films forming the double-layered gate are so thick that a severe single step is created by a thickness difference between the metal films and a substrate, thereby causing a single step difference between the substrate and the double-layered gate which deteriorates the step coverage of a later formed gate oxide layer. The source and drain regions formed on the gate oxide layer may have disconnections between areas of the source and drain regions which are overlapped and non-overlapped with the gate, or electrically exhibit short circuits as a result of contact with the gate.

According to another method of forming the gate, each of the metal layers of Al and Mo form a double step difference with the substrate so as to improve the step coverage of the gate oxide layer.

FIGS. 1A through 1F are diagrams illustrating the process for fabricating a thin-film transistor of a method which is related to the invention described and claimed in the present application. The method shown in FIGS. 1A–1F is not believed to be published prior art but is merely a recently discovered method related to the invention described and claimed in the present application.

2

Referring to FIG. 1A, aluminum is deposited on a substrate 11 to form a first metal layer 13. A first photoresist 15 is deposited on the first metal layer 13. The first photoresist 15 is exposed and developed so as to have a certain width w1 extending along the first metal layer 13.

Referring to FIG. 1B, the first metal layer 13 is patterned via wet etching using the first photoresist 15 as a mask so that the first metal layer 13 has a certain width w1. After the first photoresist 15 is removed, a second metal layer 17 is formed by depositing Mo, Ta, or Co on the substrate 11 so as to cover the first metal layer 13. A second photoresist 19 is then deposited on the second metal layer 17. The second photoresist 19 is exposed and developed so as to have a certain width w2 extending along the second metal layer 17 and located above the first metal layer 13.

Referring to FIG. 1C, the second metal layer 17 is patterned via a wet etching process using the second photoresist 19 as a mask such that the second metal layer 17 has a certain width w2 which is narrower than the width w1 of the first metal layer 13. After formation of the gate 21, the second photoresist 19 is removed.

Thus, the patterned first and second metal layers 13 and 17 form a gate 21 having a double-layered metal structure that provides double step difference between the double-layered metal gate structure 21 and the substrate 11. The formation of the gate 21 as described above and shown in FIGS. 1A–1F requires the use of two photoresists 15, 19 and two photoresist steps.

In the gate 21, shown in FIG. 1C, the second metal layer 17 is preferably centrally located on the first metal layer 13. Although there is no specific information available regarding a relationship of w1 to w2 of this related art method, based on their understanding of this related method resulting in the structure shown in FIG. 1C, the inventors of the invention described and claimed in the present application assume that the width difference w1−w2 between the first and second metal layers 13 and 17 is larger than or equal to 4 μm, that is, w1−w2≧4 μm.

Referring to FIG. 1D, a first insulating layer 23 is formed by depositing silicon oxide SiO₂ or silicon nitride Si₃N₄ as a single-layered or double-layered structure on the gate 21 and substrate 11. Semiconductor and ohmic contact layers 25 and 27 are formed by sequentially depositing undoped polycrystalline silicon and heavily doped silicon on the first insulating layer 23. The semiconductor and ohmic contact layers 25 and 27 are patterned to expose the first insulating layer 23 by photolithography.

Referring to FIG. 1E, conductive metal such as aluminum is laminated on the insulating and ohmic contact layers 23 and 27. The conductive metal is patterned by photolithography so as to form source electrode 29 and a drain electrode 31. A portion of the ohmic contact layer 27 exposed between the source and drain electrodes 29 and 31 is etched by using the source and drain electrodes 29 and 31 as masks.

Referring to FIG. 1F, silicon oxide or silicon nitride is deposited on the entire surface of the structure to form a second insulating layer 33. The second insulating layer 33 is etched to expose a designated portion of the drain electrode 31, thus forming a contact hole 35. By depositing transparent and conductive material on the second insulating layer 33 and patterning it via photolithography, a pixel electrode 37 is formed so as to be electrically connected to the drain electrode 31 through the contact hole 35.

According to the method of fabricating a thin-film transistor as described above and shown in FIGS. 1A–1F, respective first and second metal layers are formed through photolithography using different masks so as to form the

US 7,176,489 B2

3

gate with a double-layered metal structure, resulting in double step differences between the gate and substrate.

As a result of the double step difference between the gate 21 and the substrate 11 shown in FIG. 1C, a hillock often occurs on both side portions of the first metal layer 13 which have no portion of the second metal layer 17 deposited thereon when the first metal layer 13 is wider than the second metal layer 17 as in FIG. 1C. Another problem with this related art method is that the process for forming a gate is complex and requires two photoresists 15, 19 and two steps of deposition and photolithography. As a result, the contact resistance between the first and second metal layers may be increased.

Another related art method of forming a double metal layer gate structure is described in "Low Cost, High Quality TFT-LCD Process", SOCIETY FOR INFORMATION DISPLAY EURO DISPLAY 96, Proceedings of the 16th International Display Research Conference, Birmingham, England, Oct. 1, 1996, pages 591–594. One page 592 of this publication, a method of forming a double metal gate structure includes the process of depositing two metal layers first and then patterning the two metal layer to thereby eliminate an additional photoresist step. However, with this method, process difficulties during the one step photoresist process for forming the double metal layer gate resulted in the top layer being wider than the bottom layer causing an overhang condition in which the top layer overhangs the bottom layer. This difficulty may result in poor step coverage and disconnection. This problem was solved by using a three-step etching process in which the photoresist had to be baked before each of the three etching steps to avoid lift-off or removal of the photoresist during etching. This three-step etching process and required baking of the photoresist significantly increases the complexity and steps of the gate forming method.

SUMMARY OF THE INVENTION

To overcome the problems discussed above, the preferred embodiments of the present invention provide a thin-film transistor which prevents a hillock and deterioration of step coverage of a later formed gate oxide layer on a double metal layer gate.

The preferred embodiments of the present invention also provide a method of fabricating a thin-film transistor that simplifies the process for forming a double metal layer gate.

The preferred embodiments of the present invention further provide a method of fabricating a thin-film transistor that reduces the contact resistance between the first and second metal layers constituting a gate.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof, as well as, the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 μm, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the

4

first metal layer; forming a photoresist having a desired width on the second metal layer; patterning the second metal layer via an isotropic etching using the photoresist as a mask; patterning the first metal layer via an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have a desired width, thus forming a gate having a laminated structure of the first and second layers; and removing the photoresist.

These and other elements, features, and advantages of the preferred embodiments of the present invention will be apparent from the following detailed description of the preferred embodiments of the present invention, as illustrated in the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate preferred embodiments of the invention and together with the description serve to explain the principles of the invention, in which:

FIGS. 1A through 1F are diagrams illustrating a process for fabricating a thin-film transistor according to a method of the related art;

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention;

FIG. 3 is a cross-sectional view taken along line III—III of FIG. 2; and

FIGS. 4A through 4F are diagrams illustrating a process for fabricating a thin-film transistor of preferred embodiments of the present invention.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

FIG. 2 is a top view of a thin-film transistor according to a preferred embodiment of the present invention. FIG. 3 is a cross-sectional view taken along line III—III of FIG. 2.

The thin-film transistor comprises a gate 49 having a double-layered structure of a first metal layer 43, a second metal layer 45 disposed on a substrate 41, a first insulating layer 51, a second insulating layers 61, a semiconductor layer 53, an ohmic contact layer 55, a source electrode 57, a drain electrode 59, and a pixel electrode 65.

The gate 49 has a double-layered structure including the first and second metal layers 43 and 45 disposed on the substrate 41. The first metal layer 43 is preferably formed from a conductive metal such as Al, Cu, or Au deposited to have a certain width w1. The second metal layer 45 is preferably formed from a refractory metal such as Mo, Ta, or Co deposited to have a certain width w2.

The present inventors have discovered that a relationship between the width of the first metal layer and the width of the second metal layer of a double metal layer gate electrode is critical to preventing deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer 43 is wider than the second metal layer 45 by about 1 to 4 μm, for example, 1 μm<w1−w2<4 μm, provides maximum prevention of dete-

US 7,176,489 B2

5

rioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate.

To achieve the best results, the second metal layer **45** is preferably positioned substantially in the middle of the first metal layer **45**, so that both side portions of the first metal layer **43** which have no portion of the second metal layer **45** disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 μm but less than about 2 μm.

The first insulating layer **51** is preferably formed by depositing single layer of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the substrate including the gate **49**.

The semiconductor and ohmic contact layers **53** and **55** are formed on the portion of the first insulating layer **51** corresponding to the gate **49** by sequentially depositing undoped amorphous silicon and heavily doped amorphous silicon and patterning the two silicon layers. The semiconductor layer **53** is used as the active region of an element, thus forming a channel by means of a voltage applied to the gate **49**. The ohmic contact layer **55** provides an ohmic contact between the semiconductor layer **53** and the source and drain electrodes **57** and **59**. The ohmic contact layer **55** is not formed in the portion that becomes the channel of the semiconductor layer **53**.

The source and drain electrodes **57** and **59** are in contact with the ohmic contact layer **55**, and each electrode **57**, **59** extends to a designated portion on the first insulating layer **51**.

The second insulating layer **61** is formed by depositing insulating material such as silicon oxide $SiO_2$ silicon nitride $Si_3N_4$ to cover the source and drain electrodes **57** and **59** and the first insulating layer **51**. The second insulating layer **61** on the drain electrode **59** is removed to form a contact hole **63**. The pixel electrode **65** is formed from transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$, so that it is connected to the drain electrode **59** through the contact hole **63**.

In the first and second metal layers **43** and **45** constituting the gate **49**, each side portion of the first metal layer **43** having no portion of the second metal layer **45** thereon has a width that is preferably larger than about 0.5 μm and less than about 2 μm. Because the first metal layer **43** is wider than the second metal layer **45** by about 1.0 μm to 4.0 μm, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate **49** and substrate **41**. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer **51** which deterioration occurs in prior art devices. The hillock in the first metal layer **43** is also avoidable because the width difference between the first and second metal layers **43** and **45** is between about 1 μm to 4 μm.

FIGS. **4**A through **4**F are diagrams illustrating the process for fabricating the thin-film transistor of the preferred embodiments of the present invention.

Referring to FIG. **4**A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer **43**. A second metal layer **45** is formed from Mo, Ta, or Co and deposited on the first metal layer **43** without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers **43** and **45** are sequentially deposited so as to preferably have a thickness as large as about 500–4000 Angstroms and 500–2000 Angstroms,

6

respectively, by means of sputtering or chemical vapor deposition (hereinafter, referred to as CVD) without breaking a vacuum state. As a result, the contact resistance between the first and second metal layers **43** and **45** is reduced.

According to the preferred embodiments of the present invention, a single photoresist step is used to pattern both the first metal layer **43** and the second metal layer **45** simultaneously. In the single photoresist step, a photoresist **47** is deposited on the second metal layer **45** and then the photoresist **47** is patterned through exposure and development to have the width w**1** on a designated portion of the second metal layer **45**.

Referring to FIG. **4**B, the second metal layer **45** is patterned with an etching solution preferably prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$, by means of a wet etching using the photoresist **47** as a mask. Because the portion of the second metal layer **45** covered with the photoresist **47**, as well as, exposed side portions of the second metal layer **45** are isotropically etched, the second metal layer **45** is preferably patterned to have the width w**2** which is narrower than the width w**1** of the photoresist **47** which is the same as the width w**1** of the first metal layer **43**, that is, about 1 μm<w**1**−w**2**<4 μm. Each side portion of the second metal layer **45** preferably has a width larger than about 0.5 μm and less than about 2 μm. That is, the two side portions of the second metal layer **45** covered with the photoresist **47** are preferably etched to have substantially the same width as each other. The lateral surfaces of the second metal layer **45** are preferably etched to have a substantially rectangular or inclined shape.

Referring to FIG. **4**C, the first metal layer **43** is patterned via dry etching having anisotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist **47** as a mask. When etching the first metal layer **43** other than the portion of the layer **43** covered with the photoresist **47**, the first metal layer **43** preferably has the same width w**1** of the photoresist **47**. Thus, patterning of the first and second metal layers **43**, **45**, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the relation between the first and second metal layers **43** and **45** also may be represented by about 1 μm<w**1**−w**2**<4 μm.

The first and second metal layers **43** and **45** resulting form the single photoresist step process described above form a gate **49** having a double-layered metal structure. The gate **49** has the second metal layer **45** positioned substantially in the middle of the first metal layer **43** so that the each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than about 0.5 μm but narrower than about 2 μm. The photoresist **47** remaining on the second metal layer **45** is removed after the two etching steps are completed.

Referring to FIG. **4**D, a first insulating layer **51** is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate **49** and substrate **41** by CVD. Because each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than 0.5 μm, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer **51** from being deteriorated as in prior art devices. The hillock in the first metal layer **43** is also avoidable because a width of a portion of the first metal layer **43** which is exposed is less than about 2 μm.

Amorphous silicon which is undoped and heavily doped amorphous silicon are sequentially deposited on the first

US 7,176,489 B2

7

insulating layer **41** by CVD, thus forming semiconductor and ohmic contact layers **53** and **55**. The ohmic contact and semiconductor layers **55** and **53** are patterned by means of photolithography to expose the first insulating layer **51**.

Referring to FIG. 4E, conductive metal such as Al or Cr is laminated on the insulating and ohmic contact layers **51** and **55** and patterned by photolithography to form source and drain electrodes **57** and **59**. The ohmic contact layer **55** exposed between the source and drain electrodes **57** and **59** is etched by using the source drain electrodes **57** and **59** as masks.

Referring to FIG. 4F, a second insulating layer **61** is formed by depositing insulating material such as silicon oxide or silicon nitride by CVD on the entire surface of the above structure. The second insulating layer is removed by photolithography to expose a designated portion of the drain electrode **59** and thus form a contact hole **63**. Once transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$ is deposited on the second insulating layer **61** via sputtering and patterned by photolithography, a pixel electrode **65** is formed so that it is electrically connected to the drain electrode **59** through the contact hole **63**.

In another preferred embodiment of the present invention, the first and second metal layers **43** and **45** are first etched by means of a dry etching having anisotropic etching characteristic such as RIE by using the photoresist **47** as a mask. The gate **49** is formed by etching the second metal layer **45** under the photoresist **47** with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$.

In still another preferred embodiment of the present invention, the gate **49** is formed through a single etching step process for etching the first and second metal layers **43** and **45** simultaneously and via a single etching step, where the second metal layer **45** is etched more quickly than the first metal layer **43** with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$. Because of the etching material and metals used for the first and second metal layers of the gate, only a single etching step is required. Despite the fact that a single etching step is used, it is still possible to obtain the

8

relationship between the widths w**1** and w**2** of the first and second metal layers described above. In this process, the first and second metal layers forming the gate **49** are formed and patterned with a single photo resist step as described above and a single etching step.

As described above, in the preferred embodiments of the present invention, the first and second metal layers are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal layer is wet etched by using the photoresist as a mask but the first metal layer is dry etched. As a result, the double-metal gate is formed. In another preferred embodiment, a single etching step is used to form the double-metal gate wherein both the first metal layer and the second metal layer are wet etched, but the difference in etching rates of the first and second metal layers produces different etching affects which result in the desired double-step structure.

While the invention has been particularly shown and described with reference to preferred embodiments thereof, it will be understood by those skilled in the art that the foregoing and other changes in form and details may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A thin film transistor comprising:

a substrate; and

a double-layered metal gate having a first metal layer and a second metal layer thereon, a total width of the first metal layer being greater than a total width of the second metal layer by about 1 to 4 μm.

**2**. The transistor of claim **1**, wherein the first metal layer has a first and second side portion being exposed from the second metal layer, each side portion being at least about 0.5 μm in width.

**3**. The transistor of claim **2**, wherein each side portion of the first metal layer is less than about 2 μm in width.

*    *    *    *    *

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 11, 2007, he served the foregoing

documents by hand upon the following counsel:

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

The undersigned counsel further certifies that, on June 11, 2007, he served the

foregoing documents by U.S. Mail upon the following counsel:

| | |
|---|---|
| Ron E. Shulman, Esquire | M. Craig Tyler, Esquire |
| Steven Baik, Esquire | Brian D. Range, Esquire |
| WILSON SONSINI GOODRICH & ROSATI | WILSON SONSINI GOODRICH & ROSATI |
| 650 Page Mill Road | 8911 Capital of Texas Highway North |
| Palo Alto, California 94304-1050 | Westech 360, Suite 3350 |

James R. Troupis, Esquire
Paul D. Barbato, Esquire
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
P.O.Box 1806
Madison, WI  53701-1806

/s/ Richard D. Kirk (rk922)
Richard D. Kirk