UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AU OPTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LG.PHILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA, INC.,<br><br>Defendants. | Civil Action No. 07-357-UNA |
| LG.PHILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION<br>AMERICA; CHI MEI OPTOELECTRONICS<br>CORPORATION; and CHI MEI<br>OPTOELECTRONICS USA, INC.,<br><br>Counterclaim Defendants. | |

## **PRAECIPE**

PLEASE ISSUE SUMMONSES for the following additional counterclaim-defendants in this action added pursuant to Fed.R.Civ.P. 13(h):

    Chi Mei Optoelectronics Corporation
    c/o Secretary of State of the State of Delaware
    John G. Townsend Building, Duke of York Street
    Dover, DE  19901

    AU Optronics Corporation America
    c/o Secretary of State of the State of Delaware
    John G. Townsend Building, Duke of York Street
    Dover, DE  19901

662564-1

Chi Mei Optoelectronics USA, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808


| | |
|---|---|
| June 12, 2007 | THE BAYARD FIRM |
| | /s/ Richard D. Kirk (rk0922) |
| | Richard D. Kirk |
| | Ashley B. Stitzer |
| | 222 Delaware Avenue, Suite 900 |
| | P.O. Box 25130 |
| OF COUNSEL: | Wilmington, DE  19899-5130 |
| Gaspare J. Bono | rkirk@bayardfirm.com |
| Matthew T. Bailey | (302) 655-5000 |
| Lora A. Brzezynski | Attorneys for Defendant / |
| Cass W. Christenson |  Counterclaim-Plaintiff LG.Philips LCD Co., Ltd. |
| McKenna Long & Aldridge LLP | |
| 1900 K Street, NW | |
| Washington, DC 20006 | |
| (202) 496-7500 | |

662564-1

2

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 12, 2007, he served the foregoing documents by hand upon the following counsel:

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

The undersigned counsel further certifies that, on June 12, 2007, he served the foregoing documents by U.S. Mail upon the following counsel:

| | |
|---|---|
| Ron E. Shulman, Esquire<br>Steven Baik, Esquire<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 | M. Craig Tyler, Esquire<br>Brian D. Range, Esquire<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350 |
| James R. Troupis, Esquire<br>Paul D. Barbato, Esquire<br>MICHAEL BEST & FRIEDRICH LLP<br>One South Pinckney Street<br>Suite 700<br>P.O.Box 1806<br>Madison, WI 53701-1806 | |

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

662585-1