AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of     __DELAWARE__

AU OPTRONICS CORPORATION,

            Plaintiff,

v.

LG.PHIILIPS LCD CO., LTD. and
LG.PHILIPS LCD AMERICA, INC.

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-357-UNA

TO:   Chi Mei Optoelectronics USA, Inc.
       c/o Corporation Service Company
       2711 Centerville Road, Suite 400
       Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the COUNTERCLAIM OF DEFENDANT LG.PHILIPS LCD CO., LTD., which is hereby served upon you, within   TWENTY (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                         JUN 1 2 2007
CLERK                                                     DATE

_[signature]_
(By) DEPUTY CLERK

660622-1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | 6/12/07 |
| NAME OF SERVER (PRINT) PETE CONGO | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

☒ Other (specify): PERSONALLY SERVED CHI MEI Opto ELECTRONICS USA, INC by SERVING ITS REGISTERED AGENT, THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE RD, WILM DE 19808 AT 1:59 PM PERSON ACCEPTING: MARY DRUMMOND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/12/07
              Date

Signature of Server: Pete Congo

Address of Server: 230 N MARKET ST, WILM DE 19801

---

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

660622-1

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 14, 2007, he served the foregoing documents by hand upon the following counsel:

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391


The undersigned counsel further certifies that, on June 14, 2007, he served the foregoing documents by U.S. Mail upon the following counsel:

| | |
|---|---|
| Ron E. Shulman, Esquire<br>Steven Baik, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 | M. Craig Tyler, Esquire<br>Brian D. Range, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350 |

James R. Troupis, Esquire
Paul D. Barbato, Esquire
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
P.O.Box 1806
Madison, WI 53701-1806

                                         /s/ Richard D. Kirk (rk922)
                                         Richard D. Kirk

662585-1