IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AU OPTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LG.PHILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA, INC.,<br><br>Defendants. | Civil Action No. 07-357-UNA |
| LG.PHILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION<br>AMERICA; CHI MEI OPTOELECTRONICS<br>CORPORATION; and CHI MEI<br>OPTOELECTRONICS USA, INC.,<br><br>Counterclaim Defendants. | |

**NOTICE OF SERVICE OF ANSWER TO COMPLAINT WITH COUNTERCLAIMS
ON DEFENDANT CHI MEI OPTOELECTRONICS CORPORATION
PURSUANT TO 10 DEL.C.§3104**

Plaintiff L.G. Philips LCD Co., Ltd. ("LG. Philips") hereby provides notice pursuant to 10 Del.C.§3104 as follows:

662843-1

Defendant Chi Mei Optoelectronics ("Chi Mei") is a Taiwanese Corporation with its principal place of business located at No. 3, Sec. 1, Huanshi Road, Southern Taiwan Science Park, Sinshih Township, Tainan County, 74147 TAIWAN, ROC.

On June 13, 2007, we caused the Summons and the Answer to the Complaint with Counterclaims for Patent Infringement and Demand for Trial by Jury to be served upon Chi Mei by serving the Secretary of State of Delaware. The Summons and the Return of Service upon the Secretary of State are attached hereto as Exhibit A.

On June 14, 2007, we caused to be mailed to Chi Mei at the above address, by registered mail, return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit B, together with copies of the Summons and Answer to Complaint with Counterclaims for Patent Infringement and Demand for Trial by Jury. The notice letter and copies of the Summons and Answer to Complaint with Counterclaims and Demand for Trial by Jury were contained in the same envelope at the time of its mailing on June 14, 2007.

Attached hereto and made a part hereof as Exhibits C is the receipt given by the United States Post Office on June 14, 2007 when the registered letter containing the Summons and Answer to Complaint with Counterclaims sent to Chi Mei was accepted for posting.

June 14, 2007                    THE BAYARD FIRM

/s/ Richard D. Kirk(rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue
Suite 900
Post Office Box 25130
Wilmington, Delaware  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com

662843-1

                    (302) 655-5000
                    Counsel for Plaintiff
                    LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

662843-1

# EXHIBIT A

AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of     **DELAWARE**

AU OPTRONICS CORPORATION,

                Plaintiff,

v.

LG.PHIILIPS LCD CO., LTD. and
LG.PHILIPS LCD AMERICA, INC.

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-357-~~UNA~~ JJF

TO:    Chi Mei Optoelectronics Corporation
        c/o Secretary of State of the State of Delaware
        John G. Townsend Building, Duke of York Street
        Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the COUNTERCLAIM OF DEFENDANT LG.PHILIPS LCD CO., LTD., which is hereby served upon you, within    TWENTY (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                           JUN 1 3 2007
CLERK                                                   DATE

*[signature]*
(By) DEPUTY CLERK

662439-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE: June 13, 2007 |
| NAME OF SERVER (PRINT): John Pappas | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Secretary of State, 401 Federal Street Dover DE 19901. Service accepted by Karen Chartanuiau at 4:32 pm

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/13/07
*Date*

*Signature of Server:* John Pappas

*Address of Server:* 15 East North Street Dover DE 19901

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

662439-1

# EXHIBIT B

# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

June 14, 2007

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Chi Mei Optoelectronics Corporation
No. 3, Sec. 1, Huanshi Road
Southern Taiwan Science Park
Sihshih Township, Tainan County
74147 Taiwan, R.O.C.

RE: *AU Optronics Corporation v LG.Philips LCD Co., Ltd., et al.*
C.A. No. 07-357 (D.Del.)

Ladies and Gentlemen:

In accordance with the provisions of 10 Del. C. § 3104, we enclose copies of the Summons and the Counterclaim of Defendant LG. Philips LCD Co., Ltd. for Patent Infringement and Demand for Jury Trial served upon Chi Mei Optoelectronics Corporation by serving the Secretary of State of Delaware. Such service was made on June 13, 2007.

Under the provisions of 10 Del. C. § 3104, service of summons and the first amended complaint upon the Secretary of State of Delaware is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

We suggest you deliver these papers immediately to your attorney.

Very truly yours,

Richard D. Kirk

RDK/tn
Enclosures
File No. 31066-3

662840-1

# EXHIBIT C



## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 14, 2007, he served the foregoing documents by hand upon the following counsel:

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

The undersigned counsel further certifies that, on June 14, 2007, he served the foregoing documents by U.S. Mail upon the following counsel:

| | |
|---|---|
| Ron E. Shulman, Esquire<br>Steven Baik, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 | M. Craig Tyler, Esquire<br>Brian D. Range, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350 |

James R. Troupis, Esquire
Paul D. Barbato, Esquire
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
P.O.Box 1806
Madison, WI  53701-1806

                                      /s/ Richard D. Kirk (rk922)
                                      Richard D. Kirk