IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AU OPTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LG.PHILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA, INC.,<br><br>Defendants. | Civil Action No. 07-357-UNA |
| LG.PHILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION<br>AMERICA; CHI MEI OPTOELECTRONICS<br>CORPORATION; and CHI MEI<br>OPTOELECTRONICS USA, INC.,<br><br>Counterclaim Defendants. | |

**NOTICE OF SERVICE OF ANSWER TO COMPLAINT WITH
COUNTERCLAIMS ON DEFENDANT AU OPTRONICS CORPORATION
AMERICA A/K/A AU OPTRONICS AMERICA, INC.
PURSUANT TO 10 DEL.C.§3104**

Plaintiff L.G. Philips LCD Co., Ltd. ("LG. Philips") hereby provides notice pursuant to 10 Del.C.§3104 as follows:

662846-1

Defendant AU Optronics Corporation American a/k/a AU Optronics America, Inc. ("AUO America") is a California Corporation with its principal place of business located at 1800 Wyatt Drive, Suite 7, Santa Clara, CA 95054.

On June 14, 2007, we caused the Summons and the Answer to the Complaint with Counterclaims for Patent Infringement and Demand for Trial by Jury to be served upon AUO America by serving the Secretary of the State of Delaware. The Summons and the Return of Service upon the Secretary of State are attached hereto as Exhibit A.

On June 14, 2007, we caused to be mailed to AU America, by registered mail, return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit B, together with copies of the Answer to the Complaint with Counterclaims for Patent Infringement and Demand for Trial by Jury. The notice letter and copies of the Summons and Answer to the Complaint with Counterclaims and Demand for Trial by Jury were contained the same envelope at the time of its mailing on June 14, 2007.

Attached hereto and made a part hereof as Exhibits C is the receipt given by the United States Post Office on June 14, 2007 when the registered letter containing the Summons and Answer to the Complaint with Counterclaims sent to Au Optronics Corporation America was accepted for posting.

June 14, 2007                    THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue
Suite 900
Post Office Box 25130
Wilmington, Delaware  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com

662846-1

                                  (302) 655-5000
                                  Counsel for Plaintiff
                                  LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

662846-1

# EXHIBIT A

AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of  **DELAWARE**

AU OPTRONICS CORPORATION,

            Plaintiff,

v.

LG.PHILIPS LCD CO., LTD. and
LG.PHILIPS LCD AMERICA, INC.

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-357-UNA

TO:   AU Optronics Corporation America
       c/o Secretary of State of the State of Delaware
       John G. Townsend Building, Duke of York Street
       Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the COUNTERCLAIM OF DEFENDANT LG.PHILIPS LCD CO., LTD., which is hereby served upon you, within   TWENTY (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_PETER T. DALLEO_
CLERK

_Evette Wales_ (signature)
(By) DEPUTY CLERK

_JUN 1 2 2007_
DATE

660622-1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE 6/12/07 |
| NAME OF SERVER (PRINT) Jason Boykevich | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Delaware Secretary of State 401 Federal Street Dover DE 19901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/12/07
                Date

Signature of Server

Parcels
15 E. North Street
Dover DE 19901
*Address of Server*

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

660622-1

# EXHIBIT B

# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

June 14, 2007

REGISTERED MAIL
RETURN RECEIPT REQUESTED

AU Optronics Corporation America
a/k/a AU Optronics America, Inc.
1800 Wyatt Drive, Suite 7
Santa Clara, CA 95054

RE:  *Au Optronics Corporation v. LG. Philips LCD Co., Ltd, et al.*
     *C.A. No. 07-357 (D.Del.)*

Ladies and Gentlemen:

In accordance with the provisions of 10 Del. C. § 3104, we enclose copies of the Summons and the Counterclaim of Defendant LG. Philips LCD Co., Ltd. for Patent Infringement and Demand for Jury Trial served upon AU Optronics Corporation America a/k/a AU Optronics America, Inc. by serving the Secretary of State of Delaware. Such service was made on June 12, 2007.

Under the provisions of 10 Del. C. § 3104, service of summons and the complaint upon the Secretary of State of Delaware is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

We suggest you deliver these papers immediately to your attorney.

Very truly yours,

*/s/ Richard D. Kirk*

Richard D. Kirk

RDK/tn
Enclosures
File No. 31066-3

662583-1

# EXHIBIT C



# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 14, 2007, he served the foregoing documents by hand upon the following counsel:

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

The undersigned counsel further certifies that, on June 14, 2007, he served the foregoing documents by U.S. Mail upon the following counsel:

Ron E. Shulman, Esquire
Steven Baik, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350

James R. Troupis, Esquire
Paul D. Barbato, Esquire
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
P.O.Box 1806
Madison, WI 53701-1806

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

662585-1