IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AU OPTRONICS CORPORATION,<br><br>                  Plaintiff,<br><br>v.<br><br>LG.PHIILIPS LCD CO., LTD. and<br>LG.PHILIPS LCD AMERICA, INC.<br><br>                  Defendants. | Civil Action No. 07-357 (UNA) |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Ashley B. Stitzer as additional counsel for defendants LG. Philips LCD Co., Ltd. and LG. Philips LCD America, Inc., in this action.

June 18, 2007

THE BAYARD FIRM

/s/ Ashley B. Stitzer (as3891)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000
Counsel for defendants
LG.PHILIPS LCD CO., LTD. and
LG.PHILIPS LCD AMERICA, INC.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

663108-1

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 18, 2007, she served the foregoing documents by hand upon the following counsel:

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

The undersigned counsel further certifies that, on June 18, 2007, copies of the foregoing document was sent by U.S. Mail upon the following counsel:

Ron E. Shulman, Esquire
Steven Baik, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350

James R. Troupis, Esquire
Paul D. Barbato, Esquire
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
P.O.Box 1806
Madison, WI  53701-1806

/s/ Ashley B. Stitzer (as3891)
Ashley B. Stitzer

662585-1