IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AU OPTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LG. PHILIPS LCD CO., LTD. and<br>LG. PHILIPS LCD AMERICA, INC.<br><br>Defendants.<br><br>LG. PHILIPS LCD CO., LTD. and<br>LG. PHILIPS LCD AMERICA, INC.<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION<br>AMERICA; CHI MEI OPTOELECTRONICS<br>CORPORATION; and CHI MEI<br>OPTOELECTRONICS USA, INC.,<br><br>Counterclaim Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § C.A. No. 07-357-JJF |

**JOINT STATEMENT FOLLOWING TRANSFER
PURSUANT TO LOCAL RULE 81.2**

Plaintiff AU Optronics Corporation ("AUO"), and Defendants LG.Philips LCD Co., Ltd. ("LPL") and LG.Philips LCD America, Inc. ("LPLA") provide this report pursuant to Local Rule 81.2.

1) On May 30, 2007, transfer of this case was ordered from the Western District of Wisconsin to this Court. No motions filed in Wisconsin are outstanding. Along with this Statement, AUO, LPL, and LPLA, along with Additional Counterclaim Defendant AU Optronics Corporation America ("AUOA") have filed a Joint Motion to Consolidate this action

with C.A. No. 06-726-JJF. If the Court orders consolidation, the parties suggest that any schedule entered in C.A. No. 06-726-JJF govern this case.

Dated: June 26, 2007

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | THE BAYARD FIRM |
|---|---|
| */s/ Karen L. Pascale* | */s/ Ashley B. Stitzer* |
| Richard H. Morse (#531) [rmorse@ycst.com] | Richard D. Kirk (#0922) |
| John W. Shaw (#3362) [jshaw@ycst.com] | Ashley B. Stitzer (#3891) |
| Karen L. Pascale (#2903) [kpascale@ycst.com] | 222 Delaware Avenue, Suite 900 |
| The Brandywine Building | P.O. Box 25130 |
| 1000 West Street, 17th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 655-5000 |
| (302) 571-6600 | |
| | OF COUNSEL: |
| OF COUNSEL: | McKENNA LONG & ALDRIDGE LLP |
| PAUL HASTINGS JANOFSKY & WALKER LLP | Gaspare J. Bono |
| Vincent K. Yip | R. Tyler Goodwyn |
| Terry D. Garnett | Lora A. Brzezynski |
| Peter J. Wied | 1900 K Street, NW |
| Jay C. Chiu | Washington, D.C. 20006 |
| Hua Chen | (202) 496-7500 |
| 515 South Flower Street, 25th Floor | |
| Los Angeles, CA 90071 | *Attorneys for LG.Philips LCD Co., Ltd., and* |
| (213) 683-6000 | *LG.Philips LCD America, Inc.* |

WILSON SONSINI GOODRICH & ROSATI, P.C.
Ron E. Shulman
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
(650) 493-9300

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
(512) 338-5400

*Attorneys for AU Optronics Corporation and
AU Optronics Corporation America*

2

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 26, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard D. Kirk [rkirk@bayardfirm.com]
>Ashley B. Stitzer [astitzer@bayardfirm.com]
>THE BAYARD FIRM
>222 Delaware Avenue, Suite 900
>P.O. Box. 25130
>Wilmington, DE 19899-5130
>(302) 655-5000
>   *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>***By E-mail***
>
>Gaspare J. Bono [gbono@mckennalong.com]
>Matthew T. Bailey [mbailey@mckennalong.com]
>R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
>Lora A. Brzezynski [lbrzezynski@mckennalong.com]
>Cass W. Christenson [cchristenson@mckennalong.com]
>MCKENNA LONG & ALDRIDGE LLP
>1900 K Street, NW
>Washington, DC 20006
>(202) 496-7500
>   *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR LLP

June 26, 2007

/s/ *Karen L. Pascale*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
   *Attorneys for AU Optronics Corporation*
   *and AU Optronics Corporation America*