## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| AU OPTRONICS CORPORATION, | |
| Plaintiff, | |
| v. | Civil Action No.  07-CV-357-JJF |
| LG.PHILIPS LCD CO., LTD. and LG.PHILIPS LCD AMERICA, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |
| LG.PHILIPS LCD CO., LTD. and LG.PHILIPS LCD AMERICA, INC., | |
| Counterclaim Plaintiffs, | |
| v. | **JURY TRIAL DEMANDED** |
| AU OPTRONICS CORPORATION, | |
| Counterclaim Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 28, 2007, copies of (1) LG.PHILIPS LCD CO.,

LTD.'S OBJECTIONS TO AU OPTRONICS CORPORATION'S SECOND SET OF

DOCUMENTS REQUESTS (NOS. 143-152) was served as shown:

**BY U.S. MAIL**

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH
& ROSATI
8911 Capital of Texas Highway
North
Westech 360, Suite 3350
Austin, Texas 78759-8497

**BY EMAIL**

Ron E. Shulman (rshulman@wsgr.com)
Steven Baik (sbaik@wsgr.com)
James R. Troupis (JRTroupis@michaelbest.com)
Paul D. Barbato (pdbarbato@michaelbest.com)
James Yoon (jyoon@wsgr.com)
Brian D. Range (brange@wsgr.com)
jrich@wsgr.com
ktang@wsgr.com


PLEASE TAKE NOTICE that, on June 29, 2007, copies of (1) LG. PHILIPS LCD CO.,

LTD.'S OBJECTIONS TO AU OPTRONICS CORPORATION'S SECOND SET OF

DOCUMENTS REQUESTS (NOS. 143-152) and (2) THIS NOTICE OF SERVICE were served

as shown:

**BY EMAIL AND BY HAND**

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391



**BY EMAIL AND BY U.S. MAIL**

Ron E. Shulman, Esquire
Steven Baik, Esquire
WILSON SONSINI GOODRICH &
ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH &
ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

James R. Troupis, Esquire
Paul D. Barbato, Esquire
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
P.O.Box 1806
Madison, WI  53701-1806

663993-1

June 29, 2007

THE BAYARD FIRM

/s/ Ashley B. Stitzer (as3891)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000

Counsel for Defendant/Counterclaim-
Plaintiff
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
R. Tyler Goodwyn, IV
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006
Tel:  (202) 496-7500
Fax:  (202) 496-7756