## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AU OPTRONICS CORPORATION, | § § § | |
| Plaintiff, | § | |
| v. | § | C.A. No. 07-357-JJF |
| | § | |
| LG. PHILIPS LCD CO., LTD. and LG. PHILIPS LCD AMERICA, INC. | § § | |
| Defendants. | § § | |
| | § | |
| | § | |
| LG. PHILIPS LCD CO., LTD. and LG. PHILIPS LCD AMERICA, INC. | § § | |
| | § | |
| Counterclaim Plaintiffs, | § | |
| v. | § | |
| | § | |
| AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS CORPORATION; and CHI MEI OPTOELECTRONICS USA, INC., | § § § § § | |
| Counterclaim Defendants. | § § | |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of the following attorneys to represent AU OPTRONICS CORPORATION and AU

OPTRONICS CORPORATION AMERICA in this matter:

M. Craig Tyler
Brian D. Range
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Hwy North
Westech 360, Suite 3350
Austin, Texas 78759-7247
Telephone: 512-338-5400
Fax: 512-338-5499

Julie M. Holloway
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA
Telephone: 650-493-9300
Fax : 650-493-6811

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney

is forwarded with this motion.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

July 3, 2007

_____
Richard H. Morse (#531) [rmorse@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
*Attorneys for Plaintiff/Counterclaim Defendant*
*AU Optronics Corporation, and Counterclaim*
*Defendant AU Optronics Corporation America*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of M.

Craig Tyler, Brian D. Range, and Julie M. Holloway is GRANTED.

Dated: July ____, 2007

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct that occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.  In accordance with Standing Order for District

Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office

upon the filing of this motion.

Dated:  June 21, 2007

M. Craig Tyler
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Hwy North
Westech 360, Suite 3350
Austin, Texas 78759-7247
Telephone: 512-338-5400
Fax: 512-338-5499
E-mail: ctyler@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 21, 2007

Brian D. Range
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Hwy North
Westech 360, Suite 3350
Austin, Texas 78759-7247
Telephone: 512-338-5400
Fax: 512-338-5499
E-mail: brange@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar of the State of California,

and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any

alleged misconduct that occurs in the preparation or course of this action. I also certify that I am

generally familiar with this Court's Local Rules. In accordance with Standing Order for District

Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office

upon the filing of this motion.

Dated: June 21, 2007

Julie M. Holloway
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA
Telephone: 650-493-9300
Fax : 650-493-6811
E-mail: jholloway@wsgr.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on July 3, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard D. Kirk [rkirk@bayardfirm.com]
Ashley B. Stitzer [astitzer@bayardfirm.com]
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box. 25130
Wilmington, DE 19899-5130
(302) 655-5000
    *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*

Philip A. Rovner [provner@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
    *Attorneys for Chi Mei Optoelectronics Corporation*

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-mail*

Gaspare J. Bono [gbono@mckennalong.com]
Matthew T. Bailey [mbailey@mckennalong.com]
R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
Lora A. Brzezynski [lbrzezynski@mckennalong.com]
Cass W. Christenson [cchristenson@mckennalong.com]
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500
    *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*

Kenneth R. Adamo [kradamo@jonesday.com]
Robert C. Kahrl [rckahrl@jonesday.com]
Arthur P. Licygiewicz [aplicygiewicz@jonesday.com]
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939
    *Attorneys for Chi Mei Optoelectronics Corporation*

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

July 2, 2007
_____

Richard H. Morse (#531) *[rmorse@ycst.com]*
John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
   *Attorneys for AU Optronics Corporation and*
   *AU Optronics Corporation America*