## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AU OPTRONICS CORPORATION,                         )
        Plaintiff,                              )
                            )
      v.                                      )
LG.PHILIPS LCD CO., LTD. and                      )          Civil Action No. 07-357 (JJF)
LG.PHILIPS LCD AMERICA, INC.,                     )
        Defendants.                             )          **JURY TRIAL DEMANDED**
                            )
                            )
LG.PHILIPS LCD CO., LTD. and                      )
LG.PHILIPS LCD AMERICA, INC.,                     )
        Counterclaim-Plaintiffs,                )
      v.                                      )
AU OPTRONICS CORPORATION;                         )
AU OPTRONICS CORPORATION OF                       )
AMERICA; CHI MEI OPTOELECTRONICS                  )
CORPORATION; AND CHI MEI                          )
OPTOELECTRONICS USA, INC.,                        )
        Counterclaim-Defendants.                )
                            )

## CHI MEI OPTOELECTRONICS CORPORATION'S
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND
## INSUFFICIENCY OF SERVICE OF PROCESS

Counterclaim-Defendant Chi Mei Optoelectronics Corporation ("CMO") moves this

Court, in accordance with Fed. R. Civ. P. 12(b)(2) and 12(b)(5), to dismiss Counterclaim-

Plaintiff's Counterclaims for Patent Infringement for the same reasons set forth in CMO's

Motion to Dismiss (D.I. 19), Opening Brief in Support of Chi Mei Optoelectronics' Motion to

Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process (D.I. 20), the Declaration of Li-Yi Chen (D.I. 21) and the Declaration of Arthur P. Licygiewicz (D.I. 22), all of which are incorporated herein by reference as if fully rewritten herein, submitted in Civil Action No. 06-726.

After this case was transferred from the United States District Court for the Western District of Wisconsin, LG.Philips LCD Co., Ltd. ("LPL") answered the complaint of AU Optronics Corporation and raised patent infringement counterclaims against CMO and others. (D.I. 73).  On June 13, 2007, a summons was issued to CMO.  LPL attempted to effect service upon CMO by serving the Delaware Secretary of State and then sending a copy of the Summons and Counterclaim to CMO in Taiwan in the same way that it attempted to do so in Civil Action No. 06-726.  (D.I. 76) (*See* Ex. 1 to D.I. 22, Civil Action No. 06-726).  As CMO first noted in its Motion to Dismiss in Civil Action No. 06-726, such service by counsel is insufficient and fails to comply with the requirements of Fed. R. Civ. P. 4(f)(2)(C)(ii).

On June 26, 2007 AU Optronics Corporation, AU Optronics Corporation of America, LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc. jointly moved the court in Civil Action No. 06-726 to consolidate this action with it.  (D.I. 92, Civil Action No. 06-726).  CMO and Chi Mei Optoelectronics USA, Inc. did not oppose this motion.

As shown by CMO in Civil Action No. 06-726, this Court lacks personal jurisdiction over CMO and service of process upon CMO was insufficient.  Accordingly, CMO's Motion to Dismiss should be granted in this case.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939


Dated:  July 5, 2007
805565

By: _____

Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Counterclaim-Defendant
Chi Mei Optoelectronics Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 5, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, -EMAIL AND HAND DELIVERY**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**BY CM-ECF, EMAIL AND HAND DELIVERY**

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

I hereby certify that on July 5, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

Gaspare J. Bono, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com