# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AU OPTRONICS CORPORATION, § § § Plaintiff, § v. § C.A. No. 07-357-JJF § LG. PHILIPS LCD CO., LTD. and § LG. PHILIPS LCD AMERICA, INC. § § Defendants. § § ———————————————— § § LG. PHILIPS LCD CO., LTD. and § LG. PHILIPS LCD AMERICA, INC. § § Counterclaim Plaintiffs, § v. § § AU OPTRONICS CORPORATION; § AU OPTRONICS CORPORATION § AMERICA; CHI MEI OPTOELECTRONICS § CORPORATION; and CHI MEI § OPTOELECTRONICS USA, INC., § § Counterclaim Defendants. § | |

## RULE 7.1 DISCLOSURE STATEMENT OF AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff and counterclaim defendant AU Optronics Corporation, and additional counterclaim defendant AU Optronics Corporation America, hereby state as follows:

(1) For AU Optronics Corporation ("AUO"): AUO has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

(2) For AU Optronics Corporation America ("AUOA"); Other than AUO (the parent), there is no publicly held corporation that owns 10% or more of AUOA's stock.

July 16, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Richard H. Morse (#531) [rmorse@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
*Attorneys for AU Optronics Corporation
and AU Optronics Corporation America*

OF COUNSEL:

PAUL HASTINGS JANOFSKY & WALKER LLP
Vincent K. Yip
Terry D. Garnett
Peter J. Wied
Jay C. Chiu
Hua Chen
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000

- and -

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Ron E. Shulman
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512) 338-5400

2

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on July 16, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk [rkirk@bayardfirm.com]
> Ashley B. Stitzer [astitzer@bayardfirm.com]
> THE BAYARD FIRM
> 222 Delaware Avenue, Suite 900
> P.O. Box. 25130
> Wilmington, DE 19899-5130
> (302) 655-5000
> > *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*

> Philip A. Rovner [provner@potteranderson.com]
> David E. Moore [dmoore@potteranderson.com]
> POTTER, ANDERSON & CORROON
> 6th Floor, Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801
> > *Attorneys for Chi Mei Optoelectronics Corporation*

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ***By E-mail***
>
> Gaspare J. Bono [gbono@mckennalong.com]
> Matthew T. Bailey [mbailey@mckennalong.com]
> R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
> Lora A. Brzezynski [lbrzezynski@mckennalong.com]
> Cass W. Christenson [cchristenson@mckennalong.com]
> MCKENNA LONG & ALDRIDGE LLP
> 1900 K Street, NW
> Washington, DC 20006
> (202) 496-7500
> > *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*
>
> Kenneth R. Adamo [kradamo@jonesday.com]
> Robert C. Kahrl [rckahrl@jonesday.com]
> Arthur P. Licygiewicz [aplicygiewicz@jonesday.com]
> JONES DAY
> North Point
> 901 Lakeside Avenue
> Cleveland, OH 44114-1190
> (216) 586-3939
> > *Attorneys for Chi Mei Optoelectronics Corporation*

July 16, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

---

Richard H. Morse (#531) *[rmorse@ycst.com]*
John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
    *Attorneys for AU Optronics Corporation*