IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AU OPTRONICS CORPORATION,           :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   Civil Action No. 07-357 JJF
                                    :
LG PHILIPS LCD CO.                  :
LTD., et al,                        :
                                    :
        Defendants.                 :

## O R D E R

WHEREAS, AU Optronics Corportation and AU Optronics Corporation America, LG Philips LCD Co., Ltd. and LG Philips LCD America, Inc. jointly move the Court for consolidation of Civil Action No. 07-357-JJF and Civil Action No. 06-726-GMS (D.I. 90);

WHEREAS, to date, the Court has not received an opposition to the Joint Motion to Consolidate;

WHEREAS, the actions include common issues and patents (D.I. 90, p.2);

NOW THEREFORE, IT IS HEREBY ORDERED in the interest of judicial economy, that the above-captioned case shall be consolidated into Civil Action No. 06-726-GMS for pre-trial proceedings and trial. All future filings shall be captioned and filed only in the consolidated lead Civil Action No. 06-726-GMS.

July 19, 2007                              _____
DATE                                       UNITED STATES DISTRICT JUDGE