**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>    Plaintiff,<br> v.<br><br>CHI MEI OPTOELECTRONICS<br>CORPORATION, et al.<br><br>    Defendants. | Civil Action No.  06-726-GMS<br>Civil Action. No. 07-357-GMS<br><br>**CONSOLIDATED CASES** |

**LG.PHILIPS LCD CO., LTD.'S ANSWER TO CHI MEI OPTOELECTRONICS USA, INC.'S COUNTERCLAIMS**

Defendant LG.Philips LCD Co., Ltd. ("LPL"), by and through its undersigned counsel, hereby files its Answer in Response to the Counterclaims of Counterclaim-Defendant Chi Mei Optoelectronics USA, Inc. ("CMO USA"), in the above titled action (Civil Action No. 07-357-GMS), filed on or about July 2, 2007.  A jury trial is demanded for all claims so triable.

**RESPONSE TO ALLEGATIONS AS TO THE COUNTERCLAIM PARTIES**

1. The allegations in the incomplete sentence in paragraph 1 of the Counterclaims are conclusions of law to which no response is required.

2. The allegations in paragraph 2 of the Counterclaims are conclusions of law to which no response is required.

3. LPL admits the allegations of paragraph 3 of the Counterclaims.

4. LPL denies the allegations of paragraph 4 of the Counterclaims.

5. The allegations in paragraph 5 of the Counterclaims are conclusions of law to which no response is required.

1

665640-1

## RESPONSE TO ALLEGATIONS AS TO THE PARTIES

6. LPL admits the allegations of paragraph 6 of the Counterclaims.

7. LPL admits the allegations of paragraph 7 of the Counterclaims.

## RESPONSE TO ALLEGATIONS AS TO JURISDICTION AND VENUE

8. LPL admits that these Counterclaims are asserted under the Declaratory Judgment Act and the Patent Laws, but denies the remaining allegations of paragraph 8 of the Counterclaims.

9. LPL admits the allegations of paragraph 9 of the Counterclaims.

10. LPL admits the allegations of paragraph 10 of the Counterclaims.

11. LPL admits the allegations of paragraph 11 of the Counterclaims.

## RESPONSE TO COUNT I

12. LPL refers to and incorporates herein its responses to CMO USA's allegations in paragraphs 1-11, above, as though fully set forth herein.

13. LPL denies the allegations in paragraph 13 of the Counterclaims.

14. LPL denies the allegations in paragraph 14 of the Counterclaims.

## RESPONSE TO COUNT II

15. LPL refers to and incorporates herein its responses to CMO USA's allegations in paragraphs 1-14, above, as though fully set forth herein.

16. LPL denies the allegations in paragraph 16 of the Counterclaims.

17. LPL denies the allegations in paragraph 17 of the Counterclaims.

18. LPL denies the allegations in paragraph 18 of the Counterclaims.

19. LPL denies the allegations in paragraph 19 of the Counterclaims.

**RESPONSE TO UNNUMBERED PARAGRAPH**

As to the unnumbered paragraph, including subparagraphs (a) through (e), LPL denies the allegations contained therein and denies that CMO USA is entitled to the requested relief.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, LG.Philips LCD Co., Ltd. respectfully demands a trial by jury on all issues so triable in this action.

> THE BAYARD FIRM
>
> */s/ Richard D. Kirk (rk0922)*
> Richard D. Kirk (rk0922)
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899
> (302) 655-5000
> Attorneys for Defendant/Counterclaim-
> Plaintiff LG.Philips LCD Co., Ltd.

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C.  20006
(202) 496-7500

July 23, 2007

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on July 23, 2007, he served the foregoing documents by email and by hand upon the following counsel:

| | |
|---|---|
| Edmond D. Johnson | Karen L. Pascale |
| Thomas H. Kovach | John W. Shaw |
| PEPPER HAMILTON LLP | YOUNG CONAWAY STARGATT & |
| 1313 Market Street, Suite 5100 | TAYLOR, LLP |
| PO Box 1709 | The Brandywine Building |
| Wilmington, DE  19899-1709 | 1000 West Street, 17th Floor |
| | P.O. Box 391 |
| | Wilmington, DE  19899-0391 |
| | |
| Philip A. Rovner | William E. Manning |
| Dave E. Moore | Jennifer M. Becnel-Guzzo |
| POTTER ANDERSON & CORROON LLP | BUCHANAN INGERSOLL & ROONEY |
| | The Brandywine Building |
| 1313 North Market Street | 1000 West Street, Suite 1410 |
| Wilmington, DE  19899-0951 | Wilmington, DE  19801 |

The undersigned counsel further certifies that, on July 23, 2007, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

| | |
|---|---|
| John N. Zarian | Vincent K. Yip |
| Samia McCall | Peter J. Wied |
| Matthew D. Thayne | Jay C. Chiu |
| STOEL RIVES LLP | PAUL, HASTINGS, JANOFSKY & |
| 101 S. Capitol Blvd., Suite 1900 | WALKER LLP |
| Boise, ID  83702 | 515 South Flower Street |
| | Twenty-Fifth Floor |
| | Los Angeles, CA   90071 |
| Kenneth R. Adamo | Bryan J. Sinclair |
| Robert C. Kahrl | Karineh Khachatourian |
| Arthur P. Licygiewicz | BUCHANAN INGERSOLL & ROONEY |
| JONES DAY | 333 Twin Dolphin Drive, Suite 700 |
| North Point | Redwood Shores, CA  94065-1418 |
| 901 Lakeside Avenue | |
| Cleveland, OH  44114-1190 | |

656846-1

| | |
|---|---|
| Ron E. Shulman, Esquire<br>Steven Baik, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 | James R. Troupis, Esquire<br>Paul D. Barbato, Esquire<br>MICHAEL BEST & FRIEDRICH LLP<br>One South Pinckney Street<br>Suite 700<br>P.O.Box 1806<br>Madison, WI  53701-1806 |
| M. Craig Tyler, Esquire<br>Brian D. Range, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, Texas 78759-8497 | |

                                                  /s/ Richard D. Kirk, (rk0922)
                                                  Richard D. Kirk

656846-1