IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD. and LG.PHILIPS LCD AMERICA, INC.,<br><br>*Plaintiff*,<br><br>vs.<br><br>AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS CORPORATION; and CHI MEI OPTOELECTRONICS USA, INC.,<br><br>*Defendants*. | Civil Action No. 06-726-GMS |
| AU OPTRONICS CORPORATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>LG.PHILIPS LCD CO., LTD. and LG.PHILIPS LCD AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 07-357-GMS<br><br>**CONSOLIDATED CASES**<br><br>**JURY TRIAL DEMANDED** |

**AU OPTRONICS CORPORATION'S REPLY TO LG.PHILIPS LCD CO. LTD.'S ADDITIONAL COUNTERCLAIMS**

Plaintiff AU OPTRONICS CORPORATION ("AUO") hereby replies to LG.Philips LCD Co., Ltd.'s ("LPL") counterclaims filed on or on about September 14, 2007 (D.I. 138).

**REPLY TO COUNTERCLAIMS**

38.   With regard to paragraph 38, AUO denies that LPL is entitled to any relief by virtue of its counterclaims.

39.   AUO is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 39 and therefore denies them.

40. With regard to paragraph 40, AUO admits that it is a Taiwanese corporation, and it has a place of business at No. 1, LI-Hsin Road 2, Hsinchu Science Park, Hsinchu Taiwan, ROC.

41. With regard to paragraph 41, AUO admits that LPL's Counterclaims purport to set forth claims arising under the patent laws of the United States (Title 35 of the United States Code).

42. With regard to paragraph 42, AUO admits that LPL's Counterclaims purport to set forth a declaratory judgment claim under 28 U.S.C. §§ 2201 and 2202, and under the patent laws of the United States (Title 35 of the United States Code). AUO is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore denies them.

43. AUO understands that paragraph 43 references LPL's declaratory claims with respect to patent infringement, and on that basis, subject matter jurisdiction is proper over LPL's patent infringement claims against AUO under 28 U.S.C. § 1331 and 1338(a).

44. With regard to paragraph 44, AUO denies that this Court has personal jurisdiction over AUO, and further denies that this Court has venue over AUO.

45. With regard to paragraph 45, AUO is the owner of all rights, title, and interest in and to the '069 Patent and the '266 Patent (the "AUO Patents").

### RESPONSE TO COUNTERCLAIM COUNT XII
### CLAIM FOR DECLATORY JUDGMENT OF INVALIDITY OF
### THE '069 PATENT AND THE '266 PATENT

46. AUO hereby refers to and incorporates herein its responses to paragraphs 38 – 45.

47. With regard to paragraph 47, AUO admits that it filed counterclaims for patent infringement in this action and that there is substantial controversy between the parties having adverse legal interests.

48. AUO denies the allegations in paragraph 48.

49. AUO denies the allegations in paragraph 49.

50. With regard to paragraph 50, AUO admits that it has asserted the AUO Patents against LPL. The remaining allegations are legal assertions to which no answer or response is required.

### RESPONSE TO COUNTERCLAIM COUNT X
### CLAIM FOR DECLATORY JUDGMENT OF NON-INFRINGEMENT OF
### THE '069 PATENT AND THE '266 PATENT

51. AUO hereby refers to and incorporates herein its responses to paragraphs 38 – 50.

52. AUO denies the allegations in paragraph 52.

53. AUO denies the allegations in paragraph 53.

54. With regard to paragraph 54, AUO admits that it has asserted the AUO Patents against LPL. The remaining allegations are legal assertions to which no answer or response is required.

### RESPONSE TO PRAYER FOR RELIEF

As to paragraphs A through E of the Prayer for Relief, AUO denies that LPL is entitled to the requested relief.

September 28, 2007

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Richard H. Morse (#531) [rmorse@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
*Attorneys for AU Optronics Corporation*

OF COUNSEL:

**PAUL HASTINGS JANOFSKY & WALKER LLP**
Vincent K. Yip
Terry D. Garnett
Peter J. Wied
Jay C. Chiu
Hua Chen
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000

- and -

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
Ron E. Shulman
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512) 338-5400

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on September 28, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk [rkirk@bayardfirm.com]
> Ashley B. Stitzer [astitzer@bayardfirm.com]
> THE BAYARD FIRM
> 222 Delaware Avenue, Suite 900
> P.O. Box. 25130
> Wilmington, DE 19899-5130
> (302) 655-5000
>    *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*
>
> Philip A. Rovner [provner@potteranderson.com]
> David E. Moore [dmoore@potteranderson.com]
> POTTER, ANDERSON & CORROON
> 6th Floor, Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801
>    *Attorneys for Chi Mei Optoelectronics Corporation*
>
> William E. Manning  [william.manning@bipc.com]
> Jennifer M. Becnel-Guzzo [jennifer.becnelguzzo@bipc.com]
> BUCHANAN INGERSOLL & ROONEY
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801
> (302) 552-4200
>    *Attorneys for Tatung Company and Tatung Company of America, Inc.*
>
> Edmond D. Johnson [johnsone@pepperlaw.com]
> Thomas H. Kovach [kovacht@pepperlaw.com]
> PEPPER HAMILTON LLP
> 1313 Market Street, Suite 5100
> P.O. Box 1709
> Wilmington, DE 19899-1709
>    *Attorneys for ViewSonic Corporation*

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-mail*

Gaspare J. Bono [gbono@mckennalong.com]
Matthew T. Bailey [mbailey@mckennalong.com]
R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
Lora A. Brzezynski [lbrzezynski@mckennalong.com]
Cass W. Christenson [cchristenson@mckennalong.com]
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500
   *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*

Kenneth R. Adamo [kradamo@jonesday.com]
Robert C. Kahrl [rckahrl@jonesday.com]
Arthur P. Licygiewicz [aplicygiewicz@jonesday.com]
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939
   *Attorneys for Chi Mei Optoelectronics Corporation*

Bryan J. Sinclair [bryan.sinclair@bipc.com]
Karineh Khachatourian [karineh.khachatourian@bipc.com]
BUCHANAN INGERSOLL & ROONEY
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
(650) 622-2300
   *Attorneys for Tatung Company and Tatung Company of America, Inc.*

John N. Zarian [jnzarian@stoel.com]
Samia E. McCall [semccall@stoel.com]
Matthew D. Thayne [mdthayne@stoel.com]
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
   *Attorneys for ViewSonic Corporation*

2

September 28, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Richard H. Morse (#531) *[rmorse@ycst.com]*
John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
   *Attorneys for AU Optronics Corporation*

3