IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION<br>AMERICA; CHI, MEI OPTOELECTRONICS<br>CORPORATION; and CHI MEI<br>OPTOELECTRONICS USA, INC.,<br><br>    Defendants. | Civil Action No. 06-726-JJF |
| AU OPTRONICS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LG DISPLAY CO., LTD and<br>LG DISPLAY AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 07-357-JJF<br><br>**CONSOLIDATED CASES** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 28, 2008, copies of

*AU Optronics Corporation's First Set of Requests for Production of Documents and Things to LG Display Co., Ltd., Nos. 1-110.*

*AU Optronics Corporation's Second Set of Requests for Production of Documents to LG Display Co., Ltd. (Nos. 111-208);*

*AU Optronics Corporation's First Set of Interrogatories to LG Display Co., Ltd. (Nos. 1-13);*

*AU Optronics Corporation's Second Set of Interrogatories to LG Display Co., Ltd. (Nos. 14-23);* and

*AU Optronics Corporation's Notice of Rule 30(b)(6) Deposition of Plaintiff LG Display Co. Ltd.*

were served upon the following counsel of record in the manner indicated:

### By Hand Delivery and E-mail

Richard D. Kirk [rkirk@bayardfirm.com]
Ashley B. Stitzer [astitzer@bayardfirm.com]
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box. 25130
Wilmington, DE 19899-5130
(302) 655-5000
   *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

Philip A. Rovner [provner@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
   *Attorneys for Chi Mei Optoelectronics Corporation and
   Chi Mei Optoelectronics USA, Inc.*

### By E-mail

Gaspare J. Bono [gbono@mckennalong.com]
Matthew T. Bailey [mbailey@mckennalong.com]
R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
Lora A. Brzezynski [lbrzezynski@mckennalong.com]
Cass W. Christenson [cchristenson@mckennalong.com]
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500
   *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

Kenneth R. Adamo [kradamo@jonesday.com]
Robert C. Kahrl [rckahrl@jonesday.com]
Arthur P. Licygiewicz [aplicygiewicz@jonesday.com]
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939
   *Attorneys for Chi Mei Optoelectronics Corporation and
   Chi Mei Optoelectronics USA, Inc.*

Additionally, the undersigned hereby certifies that on March 28, 2008, this

Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and

served upon the following counsel of record in the manner indicated above.

|  |  |
|---|---|
| March 28, 2008 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br><br>*/s/ Karen E. Keller*<br>———————————————————<br>Richard H. Morse (#531) [rmorse@ycst.com]<br>John W. Shaw (#3362) [jshaw@ycst.com]<br>Karen L. Pascale (#2903) [kpascale@ycst.com]<br>Karen E. Keller (#4489) [kkeller@ycst.com]<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>*Attorneys for AU Optronics Corporation and AU Optronics Corporation America* |

OF COUNSEL:

**PAUL HASTINGS JANOFSKY & WALKER LLP**
Vincent K. Yip
Terry D. Garnett
Peter J. Wied
Jay C. Chiu
Hua Chen
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000

- and -

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
Ron E. Shulman
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512) 338-5400

DB02:6701869.1                                                                                                                                                    065944.1001