IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AU OPTRONICS CORPORATION; ) <br> AU OPTRONICS CORPORATION ) <br> AMERICA; CHI, MEI OPTOELECTRONICS ) <br> CORPORATION; and CHI MEI ) <br> OPTOELECTRONICS USA, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 06-726-JJF |
| AU OPTRONICS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LG.PHILIPS LCD CO., LTD and ) <br> LG.PHILIPS LCD AMERICA, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 07-357-JJF <br><br> **CONSOLIDATED CASES** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 24, 2008, copies of

*Defendant AU Optronics Corporation's Objections and Responses to Plaintiff LG Display Co., Ltd.'s First Set of Interrogatories (Nos. 1-19)*; and

*Defendant AU Optronics Corporation's Objections and Responses to Plaintiff LG Display Co., Ltd.'s First Set of Requests for the Production of Documents and Things (Nos. 1-83)*;

were served upon the following counsel of record in the manner indicated:

*By Electronic Mail and U.S. Mail*

Richard D. Kirk [rkirk@bayardfirm.com]
Ashley B. Stitzer [astitzer@bayardfirm.com]
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box. 25130
Wilmington, DE 19899-5130
(302) 655-5000
   *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

Philip A. Rovner [provner@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
 *Attorneys for Chi Mei Optoelectronics Corporation and
 Chi Mei Optoelectronics USA, Inc.*

Gaspare J. Bono [gbono@mckennalong.com]
R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
Lora A. Brzezynski [lbrzezynski@mckennalong.com]
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500
 *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

Kenneth R. Adamo [kradamo@jonesday.com]
Robert C. Kahrl [rckahrl@jonesday.com]
Arthur P. Licygiewicz [aplicygiewicz@jonesday.com]
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939
 *Attorneys for Chi Mei Optoelectronics Corporation and
 Chi Mei Optoelectronics USA, Inc.*

Additionally, the undersigned hereby certifies that on April 25, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the above-listed counsel of record ***By Electronic Mail***.

April 25, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Richard H. Morse (#531) [rmorse@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600

*Attorneys for AU Optronics Corporation and
AU Optronics Corporation America*

OF COUNSEL:

**PAUL HASTINGS JANOFSKY & WALKER LLP**
Vincent K. Yip
Terry D. Garnett
Peter J. Wied
Jay C. Chiu
Katherine F. Murray
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000

- and -

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Ron E. Shulman
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512) 338-5400