IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-726-LPS |
| AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS CORPORATION; and CHI MEI OPTOELECTRONICS USA, INC., | : |
| Defendants. | : |
| AU OPTRONICS CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-357-LPS |
| LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC., | : |

## **O R D E R**

At Wilmington, this 29th day of December 2010, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Motion For Limited Intervention To Obtain Copies Of Evidence (D.I. 1508) filed by Anvik Corporation is **GRANTED** to the extent that intervention is sought, and **DENIED** to the extent that modification of the Protective Order and/or access to sealed or otherwise confidential materials is sought.

_____
UNITED STATES DISTRICT JUDGE